J. Malcolm DeVoy (Nevada Bar No. 11950)
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662

Attorney for Defendant,
*Wayne Hoehn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE HOEHN, an individual<br><br>Defendant. | Case No. 2:11-cv-00050<br><br>**DEFENDANT'S ANSWER TO COMPLAINT** |

## **ANSWER**

Defendant Wayne Hoehn (hereinafter "Hoehn," or the "Defendant"), in his individual capacity, answers the Complaint filed by Righthaven LLC (hereinafter "Righthaven," or the "Plaintiff,") as follows:

1. Admitted.

2. Calls for neither admission nor denial.

3. Calls for neither admission nor denial.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

- 1 -

9. Defendant is without knowledge as to how Righthaven came in possession of such rights; therefore denied.

10. Admitted.

11. Denied.

12. Denied that the copy posted on the website was "unauthorized."

13. Denied as to the work's republication identified as "the Infringement."

14. Admitted.

15. Denied.

16. Without specific knowledge; therefore denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Admitted.

22. Without specific knowledge; therefore denied.

23. Admitted.

24. Admitted based on supplied evidence.

25. Denied as to the republished work's description as "the Infringement."

26. Admitted, as such permission was unnecessary.

27. Denied, as finding "permission, in any manner," is a question of law.

28. Calls for neither admission nor denial.

29. Without knowledge; therefore denied.

30. Without knowledge; therefore denied.

31. Without knowledge; therefore denied.

32. Without knowledge; therefore denied.

Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
(888) 667-1113

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

AFFIRMATIVE DEFENSES

1. Fair Use – Under 17 U.S.C. § 107, Defendant's use of the article constitutes a non-infringing fair use of the copyrighted work. Contrary to Righthaven's claims, Hoehn's use of the work in a discussion forum was for educational purposes, namely to stimulate commentary and criticism, and had no actual or potential effect on the work's potential market. A true and correct copy of this discussion, as seen on January 26, 2011, is attached as Exhibit A. The copyrighted work was an informational piece intended to stimulate discussion, and Hoehn's use of it furthered this goal.

2. Lack of Personal Jurisdiction – Defendant is a resident of Kentucky, yet being haled into the District of Nevada for statements he made concerning the states of California and Illinois on a website forum hosted in Texas. There is no relationship between Defendant and the District of Nevada, and Defendant disputes the propriety of facing suit before this Court. Defendant therefore reserves the right to dispute this Court's personal jurisdiction over him pursuant to Fed. R. Civ. P. 12(b)(2).

//
//
//
//

Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
(888) 667-1113

Dated: February 4, 2011

Respectfully Submitted,

RANDAZZA LEGAL GROUP

_____
J. Malcolm DeVoy

Attorney for Defendant,
*Wayne Hoehn*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 4th day of February, 2011, I caused documents entitled:

- DEFENDANT'S ANSWER TO COMPLAINT

to be served as follows:

[ ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]   to be hand-delivered;

[ X ]   by the Court's CM/ECF system.

/s/ J. Malcolm DeVoy
J. Malcolm DeVoy