1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8  RIGHTHAVEN, LLC, a Nevada limited-liability
company                                                      Case #  2:11-cv-00050
                                          )                         _____
                                          )
9              Plaintiff,                 )
                                          )
10       vs.                              )        **VERIFIED PETITION FOR**
                                          )        **PERMISSION TO PRACTICE**
                                          )        **IN THIS CASE ONLY BY**
11  WAYNE HOEHN, an individual,           )        **ATTORNEY NOT ADMITTED**
                                          )        **TO THE BAR OF THIS COURT**
12                                        )        **AND DESIGNATION OF**
                                          )        **LOCAL COUNSEL**
13             Defendant(s).              )
                                          )        EFFECTIVE JUNE 1, 2004
14  _____ )       FILING FEE IS $175.00

15

16       _____Marc J. Randazza_____, Petitioner, respectfully represents to the Court:

17

18       1.    That Petitioner resides at _____San Diego_____.
                                                          (city)

19       _____San Diego_____, _____California_____.
                      (county)                                 (state)

20

21

22       2.    That Petitioner is an attorney at law and a member of the law firm of

23       _____Randazza Legal Group_____ with offices at

24       _____3969 Fourth Ave, Suite 204_____,

25       _____San Diego_____(street address)_____92103_____, _____888-667-1113_____.
                      (city)                                (zip code)        (area code + telephone number)

26       _____mjr@randazza.com_____.

27            *(Email address)*

28

3.      That Petitioner has been retained personally or as a member of the law firm by

_____Wayne Hoehn_____ to provide legal representation in connection with
                    [client(s)]

the above-entitled case now pending before this Court.

4.      That since _____May 20, 2010_____, Petitioner has been and presently is a member
                              (date)

in good standing of the bar of the highest Court of the State of_____California_____
                                                                              (state)

where Petitioner regularly practices law.

5.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|-------|---------------|--------------|
| See Exhibit A | See Exhibit A | See Exhibit A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

6.      That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

7.      Has Petitioner ever been denied admission to the State Bar of Nevada?.  (If yes, give particulars of every denied admission):

No.

8.      That Petitioner is a member of good standing in the following Bar Associations:

Massachusetts, Florida, California, Arizona

9.      Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 4/08/2011 | Case No. 2:10-cv-01736 | U.S.D.C., District of Nevada | Granted |
| 1/27/2011 | Case No. 2:10-cv-01045 | U.S.D.C., District of Nevada | Granted |
| 4/30/2010 | Case No. 2:10-cv-00351 | U.S.D.C., District of Nevada | Granted |
| 11/03/2008 | Case No. 2:08-cv-01174 | U.S.D.C., District of Nevada | Granted |
| | | | |

(If necessary, please attach a statement of additional applications)

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____

5                                            Petitioner's Signature

6   STATE OF _California_        )

7   COUNTY OF _San Diego_        )
                                 )
8
9      _Marc J. Randazza_ , Petitioner, being first duly sworn, deposes and says:

10  That the foregoing statements are true.

11  _____
                                             Petitioner's Signature

12

13  Subscribed and sworn to before me this

14  _27th_ day of _April_ , _2011_

15  _H.S. Leonard_ _____
              Notary public or Clerk of Court

16

17

18              **DESIGNATION OF RESIDENT ATTORNEY**

19              **ADMITTED TO THE BAR OF THIS COURT**

20              **AND CONSENT THERETO.**

21      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

22  believes it to be in the best interests of the client(s) to designate _____ J. Malcolm DeVoy IV _____ ,

23  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

24  above-entitled Court as associate residence counsel in this action.  The address of said designated

25  Nevada counsel is:

26  7001 W. Charleston Blvd, # 1043, Las Vegas, NV 89117

27

28          (Street, City, State, Zip Code and Telephone No.)

                                 4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____ J. Malcolm DeVoy IV _____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  11950
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:

Dated this _____ 2nd day of May, 2011

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07/06

# EXHIBIT A

Marc J. Randazza, Esq.
Courts to Which Admitted

| Jurisdiction | Status | Date Admitted | Bar No. |
|---|---|---|---|
| Massachusetts Bar | Active | Jan. 24, 2002 | 651477 |
| Florida Bar | Active | Mar. 25, 2003 | 625566 |
| California Bar | Active | May 20, 2010 | 269535 |
| Arizona Bar | Active | August 26, 2010 | 027861 |
| 1st Circuit | Active | May 8, 2003 | n/a |
| 7th Circuit | Active | Nov. 6, 2009 | n/a |
| 11th Circuit | Active | Jun. 20, 2003 | n/a |
| 9th Circuit | Active | September 4, 2009 | n/a |
| US Dist. Ct. Mass. | Active | Jun. 12, 2002 | n/a |
| US Dist. Ct. N.D. Fla. | Active | May 17, 2005 | n/a |
| US Dist .Ct. M.D. Fla. | Active | Jun 9, 2003 | n/a |
| US Dist. Ct. S.D. Fla. | Active | Aug. 4, 2006 | n/a |
| US Dist. Ct. N.D. Texas | Active | Nov. 12, 2009 | n/a |
| Eastern District of California | Active | June 8, 2010 | n/a |
| Southern District of California | Active | June 8, 2010 | n/a |
| Central District of California | Active | June 8, 2010 | n/a |
| Northern District of California | Active | June 22, 2010 | n/a |
| United States Supreme Court | Active | Feb. 28, 2005 | n/a |
| US Dist Ct E.D. Michigan | Active | June 30, 2009 | n/a |
| United States Court of Appeals for the Federal Circuit | Active | Sept. 1, 2006 | n/a |
| US Dist. Ct. Colorado | Active | March 28, 2011 | n/a |
| US District Court of Arizona | Active | Oct. 19, 2010 | n/a |