✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                                 Nevada

Righthaven LLC

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Wayne Hoehn

Case Number:  2:11-cv-00050-PMP -RJJ

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of Defendant, Wayne Hoehn, against Plaintiff, Righthaven, LLC.

June 20, 2011                                        /s/ Lance S. Wilson

Date                                                      Clerk

                                                          /s/ Molly Morrison

                                                          (By) Deputy Clerk