# EXHIBIT A

# Randazza Legal Group - Client Summary

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| **Righthaven - Wayne Hoehn** | | | | | |
| **Jason Fischer** | | | | | |
| 05/06/2011 | Phone Call | Litigation Defense | Phone call regarding strategy for enlargement of time for Righthaven to file opposition brief in MTD. (total time: .2, divided among 2 clients.) | 0.10 | $30.00 |
| | | | Total Labor For Jason Fischer | **0.10** | **$30.00** |
| | | | Total Expense For Righthaven - Wayne Hoehn | **$0.00** | **$0.00** |
| | | | Total For Righthaven - Wayne Hoehn | | **$30.00** |
| **Jay DeVoy** | | | | | |
| 01/24/2011 | Set Strategy | Litigation Defense | Prepare memorandum for MJR's review regarding litigation strategies and relevant materials; discuss plans with MJR. | 0.60 | $165.00 |
| 01/25/2011 | Email Exchange | Litigation Defense | Draft e-mail to client regarding strategy and potential settlement costs following phone call with MJR, discussing questions put forth by client. | 0.30 | $82.50 |
| 01/27/2011 | Drafting | Litigation Defense | Review of Righthaven's Complaint and correspondence with Defendant. Draft Answer to Complaint for filing in anticipation of motion for summary judgment. | 2.00 | $550.00 |
| 01/31/2011 | Preparation | Litigation Defense | Set strategy for MSJ; begin research on fair use based on Answer; set forth legal standard for MSJ and outline motion components to be further researched and drafted. | 0.40 | $110.00 |
| 02/01/2011 | Drafting | Litigation Defense | Drafting motion for summary judgment, including outline of arguments and order in which they are made, with research included. | 3.60 | $990.00 |
| 02/02/2011 | Research | Litigation Defense | Research on motion for summary judgment, including district and circuit case law on fair use of entire articles. | 3.60 | $990.00 |
| 02/02/2011 | Drafting | Litigation Defense | Drafting motion for summary judgment argument sections, based on completed research of 9th Circuit authorities. | 3.40 | $935.00 |
| 02/03/2011 | Drafting | Litigation Defense | Review of Righthaven Complaint and correspondence with client, drafting Answer to complement forthcoming MSJ, and filing it with the court | 3.00 | $825.00 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

**Randazza Legal Group - Client Summary**

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 02/03/2011 | Drafting | Litigation Defense | Review of research and integration into motion for summary judgment, with exhibits, and submitted to MJR for review. | 7.80 | $2,145.00 |
| 02/06/2011 | Review and Revise | Litigation Defense | Revisions to MSJ per MJR's comments about tone and direction. Remove and preserve segments that offer counter-arguments to Righthaven and preserve for use in the Reply. | 3.40 | $935.00 |
| 02/07/2011 | Drafting | Litigation Defense | Review of MSJ, Complaint and Answer to prepare concise statement of facts not in dispute, pursuant to District of Nevada Local Rules | 2.80 | $770.00 |
| 02/09/2011 | Review and Revise | Litigation Defense | Edit motion for summary judgment based on commentary provided by Jessica Christensen. | 1.70 | $467.50 |
| 02/11/2011 | Documentation | Litigation Defense | Final review and filing of MSJ | 0.40 | $110.00 |
| 02/14/2011 | Drafting | Litigation Defense | Prepare and file certificate of interested parties for client, pursuant to District of Nevada Local Rules. | 0.20 | $55.00 |
| 02/16/2011 | Set Strategy | Litigation Defense | Meet with noted Las Vegas first amendment attorney Clyde DeWitt to discuss strategy for seeking or avoiding oral argument on client's MSJ, and the desirability of either scenario. | 0.50 | $137.50 |
| 03/07/2011 | Receipt and Review | Litigation Defense | Receive Righthaven's MSJ Opposition and review its contents. Submit to client with analysis. Outline reply strategy with MJR. | 0.70 | $192.50 |
| 03/14/2011 | Uncategorized | Litigation Defense | Bringing client's attention to contentious dispute over "secret" evidence sought by EFF - no charge to client. | 0.20 | |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

# Randazza Legal Group - Client Summary

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 03/18/2011 | Meeting | Litigation Defense | Meet with EFF attorneys and amicus professor Jason Schultz (UC Berkeley Law) when in town arguing for fair use defense in Righthaven v. Center for Intercultural Organizing.  Discuss strategy regarding fair use, innocent infringer defenses.  Discuss ongoing issues with Righthaven's insufficient copyright assignments.  Discuss Righthaven's inability to obtain a presumption of market harm, and difference between Righthaven's "market" and those of various defendants.  Receive general strategy and other information relevant to ongoing and future dealings with Righthaven.  Cost divided among three clients. | 1.60 | $440.00 |
| 03/19/2011 | Drafting | Litigation Defense | Review of Righthaven opposition and original Motion for Summary Judgment in structuring Reply; begin drafting and address procedural issues regarding timing of motion, availability of evidence. | 3.20 | $880.00 |
| 03/20/2011 | Email Exchange | Litigation Defense | Recount Righthaven v. Center for Intercultural Organizing hearing to client via e-mail.  No charge to client. | 0.60 | |
| 03/21/2011 | Drafting | Litigation Defense | Research, drafting and editing of legal portion of Reply memo to Righthaven's Opposition, focusing on the four fair use factors. | 4.40 | $1,210.00 |
| 03/21/2011 | Review and Revise | Litigation Defense | Conduct supplemental research on issues raised by MJR in review of Reply to Righthaven's Opposition.  Conduct further review of reply and proofread to ensure editing is consistent.  Ready for filing and submit back to MJR for review. | 1.60 | $440.00 |
| 03/22/2011 | Review and Revise | Litigation Defense | Conduct further research regarding summary judgment and fair use, and Rule 56(d) motions, namely when they are waived after not properly being raised.  Revise procedural section of reply to reflect new research, in order to avoid Righthaven seeking discovery against client independent of summary judgment motion. | 1.40 | $385.00 |
| | | | **Grand Totals Labor:** | 114.22 | $33,858.50 |
| | | | **Grand  Totals Expense:** | $187.00 | $187.00 |
| | | | **Grand Totals:** | | $34,045.50 |

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 03/23/2011 | Review and Revise | Litigation Defense | Review of MSJ Reply to Righthaven's opposition based on previous changes, with special attention to citations and internal consistency. Hand back to MJR for pre-filing review and clearance. | 0.30 | $82.50 |
| 03/23/2011 | Review and Revise | Litigation Defense | Review of reply brief and final edits; submission of final draft to client for review. | 0.50 | $137.50 |
| 03/24/2011 | Review and Revise | Litigation Defense | Final review of filing, filing with Court and electronic service on all parties. | 1.10 | $302.50 |
| 03/24/2011 | Email Exchange | Litigation Defense | E-mail exchange with client and attorney Randazza, with supplemental IM conference with attorney Randazza, regarding court's order for oral argument. | 0.20 | $55.00 |
| 04/05/2011 | Email Exchange | Litigation Defense | E-mail to client regarding desirability of hearing attendance. | 0.10 | $27.50 |
| 04/09/2011 | Preparation | Litigation Defense | Preparation for oral argument; review of case law and motions, drafting potential questions presented from judge Pro, practice arguments to be made in favor of MSJ and responses to RH counter-arguments; review and practice of core oral advocacy concepts and application. Billable hours reduced as courtesy to client. | 0.60 | $165.00 |
| 04/11/2011 | Phone Call | Litigation Defense | Phone call with Steve Gibson regarding problems with Righthaven cases. (applicable to all Righthaven clients; costs divided among 4 clients) | 0.10 | $27.50 |
| 04/14/2011 | Phone Call | Litigation Defense | Phone call with attorney Randazza regarding oral arguments and pro hac vice admission in client's case; potential for having outside counsel argue for client's MSJ. | 0.10 | $27.50 |
| 04/15/2011 | Email Exchange | Litigation Defense | E-mail to client advising of recent development in Righthaven representation, regarding Righthaven's subject matter jurisdiction in case. | 0.10 | $27.50 |
| 04/15/2011 | Research | Litigation Defense | Phone call with clerk's office and search of public records concerning real-time development concerning previously sealed evidence. (total time: .3, divided among 3 clients.) | 0.10 | $27.50 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

# Randazza Legal Group - Client Summary

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 04/15/2011 | Drafting | Litigation Defense | Research and draft Motion to Dismiss for lack of Subject Matter Jurisdiction. (project divided between two clients; total time spent: 4.5 hours.) | 2.20 | $605.00 |
| 04/15/2011 | Phone Call | Litigation Defense | Phone call with MJR regarding MTD and dismissal strategy for Righthaven cases in light of newly revealed evidence. (Split among other clients; total time: .7) | 0.30 | $82.50 |
| 04/16/2011 | Review and Revise | Litigation Defense | Review proposed edits from MJR, incorporate into brief and review; correspond with client and MJR regarding filing strategy. | 0.30 | $82.50 |
| 04/17/2011 | Drafting | Litigation Defense | Review of case law concerning dismissal for dishonesty before the court; reference of Complaint in Client's case and Righthaven's agreement with Stephens Media to illustrate its dishonesty. (total time: .4, divided among 2 clients.) | 0.20 | $55.00 |
| 04/17/2011 | Phone Call | Litigation Defense | Phone call with MJR doing post-mortem on filings, discussing client strategy for demanding settlement from Righthaven prior to opposition brief date. (total time: .2, divided among 2 clients.) | 0.10 | $27.50 |
| 04/17/2011 | Documentation | Litigation Defense | Final review of documents before filing and review of MJR edits.  Formatting and completion of Declaration and exhibits, and filing. (Total time: 1 hr, divided among 2 clients.) | 0.50 | $137.50 |
| 04/19/2011 | Preparation | Litigation Defense | Review of 2d, 9th, 7th, 8th Cir. case law regarding copyright standing in preparation for hearing.  Review of strategic alliance agreement and other documents.  Prepare notes for hearing and practice key talking points. (Total time: 2.8, divided among 2 clients.) | 1.40 | $385.00 |
| 04/19/2011 | Preparation | Litigation Defense | Preparation for Michael Leon hearing on issues of subject matter jurisdiction; phone calls with Righthaven and Michael Leon regarding factual background and further investigation. (Total time: .8, split between 2 clients.) | 0.40 | $110.00 |
| 04/19/2011 | Email Exchange | Litigation Defense | E-mail exchange with client regarding latest Righthaven developments.  No charge as courtesy to client. | 0.30 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand  Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 04/19/2011 | Preparation | Litigation Defense | Preparation for April 20 hearing related to subject matter jurisdiction. (total time: .8, divided among 2 clients) | 0.40 | $110.00 |
| 04/20/2011 | Preparation | Litigation Defense | Preparation for hearing on Rule 4(m); review materials and pleadings, final practice of summary regarding subject matter jurisdiction issue. (total time: .6, divided among 2 clients) | 0.30 | $82.50 |
| 04/20/2011 | Phone Call | Litigation Defense | Phone call with MJR to discuss implications of hearing on current clients. (total time: .3, divided among 3 clients) | 0.10 | $27.50 |
| 04/22/2011 | Documentation | Litigation Defense | Memo to file regarding status of motions and pending hearing. | 0.10 | $27.50 |
| 04/22/2011 | Review and analyze | Litigation Defense | Review of Court's MSJ decision in Righthaven v. Ctr. for Intercultural Organizing; distribution with analysis to client. (total time: .4, divided among 2 clients.) | 0.20 | $55.00 |
| 04/23/2011 | Drafting | Litigation Defense | Drafting of PHV application for MJR; distribution to MJR and client with specific instructions for timely completion. | 0.30 | $82.50 |
| 04/25/2011 | Email Exchange | Litigation Defense | E-mail exchange with andrew contiguglia regarding attorneys' fees and hearing in Righthaven v. Hill; relevant to potential recoupement of client's attorneys fees upon prevailing in this case. (total time: .2, divided among 2 clienats.) | 0.10 | $27.50 |
| 04/25/2011 | Phone Call | Litigation Defense | Phone call with MJR regarding strategy and logistics for hearing on May 3. | 0.10 | $27.50 |
| 04/26/2011 | Receipt and Review | Litigation Defense | Review of discovery requests by defendant in other case on issue of damages in recently filed materials. (total time: .2, divided among 2 clients.) | 0.10 | $27.50 |
| 04/26/2011 | Documentation | Litigation Defense | Memo to file regarding May 3 hearing. | 0.10 | $27.50 |
| 04/26/2011 | Email Exchange | Litigation Defense | E-mail to client answering inquiry unrelated to instant litigation, and addressing potential concerns arising from plaintiff-side copyright infringement representation. No charge as courtesy to client. | 0.00 | $0.00 |
| 04/26/2011 | Phone Call | Litigation Defense | Call with MJR, JAF regarding forthcoming hearing. | 0.10 | $27.50 |
| 04/26/2011 | Email Exchange | Litigation Defense | Forward documents to MJR for review and action. | 0.10 | $27.50 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

**Randazza Legal Group - Client Summary**

Case 2:11-cv-00050-PMP -RJJ   Document 32-3   Filed 07/05/11   Page 8 of 17

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 04/27/2011 | Email Exchange | Litigation Defense | E-mail exchange with MJR regarding pro hac vice admission. | 0.10 | $27.50 |
| 04/28/2011 | Phone Call | Litigation Defense | Phone call with MJR regarding May 3 hearing in client's case. | 0.10 | $27.50 |
| 04/28/2011 | Review and analyze | Litigation Defense | Review of order regarding subject matter jurisdiction in Righthaven v. Pahrump Life, relevant to client's pending motion to dismiss for lack of subject matter jurisdiction.  E-mail client with analysis of court's order. | 0.20 | $55.00 |
| 04/28/2011 | Email Exchange | Litigation Defense | E-mail exchange with EFF and other attorneys regarding recent issue concerning subject matter jurisdiction in D-NV before judge mahan. Evaluate strategies for getting favorable result for client in case (defendant has no attorney). Total time: .4, divided among 2 clients. | 0.20 | $55.00 |
| 04/29/2011 | Filing Fees | Litigation Defense | Pro hac vice application fee for ditrict of nevada, needed for Marc to appear in case, specifically for May 3 hearing. | $175.00 | $175.00 |
| 04/29/2011 | Email Exchange | Litigation Defense | E-mail to Eric Gapp concerning PHV application. | 0.10 | $27.50 |
| 04/29/2011 | Documentation | Litigation Defense | Completion and filing of MJR pro hac vice application in client's case in anticipation of May 3 hearing. | 0.20 | $55.00 |
| 04/29/2011 | Preparation | Litigation Defense | Discussion with MJR in preparation of May 3 hearing. | 0.20 | $55.00 |
| 04/30/2011 | Meeting | Litigation Defense | Discussion of hearing with MJR.  Review of talking points and major issues for consideration.  Run main issues by MJR for analysis and review; rehearse revised talking points.  Confer with Clyde DeWitt regarding judge Pro's approach to hearings. | 0.40 | $110.00 |
| 05/02/2011 | Email Exchange | Litigation Defense | E-mail to client regarding fee payments, research on Judge Pro, hearing information. | 0.20 | $55.00 |
| 05/02/2011 | Preparation | Litigation Defense | Review of motions and preparation for May 3 hearing on fair use motion for summary judgment. | 2.40 | $660.00 |
| 05/02/2011 | IM Conference | Litigation Defense | E-mail exchange and IM conference with MJR concerning PHV application approval and schedule for May 3 hearing. | 0.10 | $27.50 |
| 05/02/2011 | Phone Call | Litigation Defense | Phone call to Chambers regarding protocol for May 3 hearing. | 0.10 | $27.50 |
| | | | **Grand Totals Labor:** | 114.22 | $33,858.50 |
| | | | **Grand Totals Expense:** | $187.00 | $187.00 |
| | | | **Grand Totals:** | | $34,045.50 |

# Randazza Legal Group - Client Summary

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 05/02/2011 | Documentation | Litigation Defense | Memo to file regarding case status. | 0.10 | $27.50 |
| 05/03/2011 | Amex | Litigation Defense | Parking for Motion for Summary Judgment (Doc. # 8) hearing regarding fair use. | $12.00 | $12.00 |
| 05/03/2011 | Phone Call | Litigation Defense | Phone call with client regarding hearing status and other developments in and related to case. | 0.10 | $27.50 |
| 05/03/2011 | Preparation | Litigation Defense | Preparation for hearing on fair use MSJ before judge pro; review of motions, decision in RH v. CIO, and relevant case law for each fair use factor. | 1.20 | $330.00 |
| 05/03/2011 | Preparation | Litigation Defense | Preparation for hearing in car; transportation to retrieve MJR and travel to courthouse, park. | 0.90 | $247.50 |
| 05/03/2011 | Court Time | Litigation Defense | Participation in May 3 hearing on MSJ for fair use arguing in favor of client's motion. | 0.70 | $192.50 |
| 05/03/2011 | Meeting | Litigation Defense | Meet with MJR to de-brief hearing and discuss possible outcomes. Examined what happened during court hearing. Return to office from court house. | 0.50 | $137.50 |
| 05/03/2011 | Email Exchange | Litigation Defense | Review minute order sent by court regarding hearing. E-mail client regarding hearing and its disposition. | 0.20 | $55.00 |
| 05/04/2011 | Email Exchange | Litigation Defense | Correspond with Shawn Mangano, grant 2-day extension for Righthaven to file opposition to client's motion to dismiss. (Total time: .2, divided among 2 clients.) | 0.10 | $27.50 |
| 05/04/2011 | Research | Litigation Defense | Research into subject matter jurisdiction issues and Righthaven's litigation tactics regarding the strategic alliance agreement. (divided among 3 clients; total time .3) | 0.10 | $27.50 |
| 05/05/2011 | Review and analyze | Litigation Defense | Review of new filing regarding SMJ and Righthaven's alliance agreement in anticipation of Righthaven's opposition briefing. (Total time: .4, divided among 2 clients.) | 0.20 | $55.00 |
| 05/06/2011 | Phone Call | Litigation Defense | Phone call with Shawn Mangano regarding final status of denied extension request and Righthaven's request to chambers for extension until Monday. (total time: .2, divided among 2 clients.) | 0.10 | $27.50 |
| 05/06/2011 | Documentation | Litigation Defense | Memo to file concerning status of outstanding projects. | 0.10 | $27.50 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

# Randazza Legal Group - Client Summary

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 05/06/2011 | Phone Call | Litigation Defense | Phone call and subsequent e-mail with MJR concerning Righthaven's second request for extension in filing opposition briefing to MTD so that Stephens Media LLC can review the proposed filing. (total time: .2, divided among 2 clients) | 0.10 | $27.50 |
| 05/06/2011 | Phone Call | Litigation Defense | Phone call regarding strategy for enlargement of time for Righthaven to file opposition brief in MTD. (total time: .2, divided among 2 clients.) | 0.10 | $27.50 |
| 05/06/2011 | Email Exchange | Litigation Defense | E-mail exchange with Righthaven concerning refusal to stipulate to second extension in opposing motion to dismiss. (total time: .3, divided among 3 clients) | 0.10 | $27.50 |
| 05/06/2011 | Phone Call | Litigation Defense | Phone call, e-mail and IM conference with opposing counsel and MJR regarding Righthaven's desired extension. (Total time: .4, divided among 2 clients) | 0.20 | $55.00 |
| 05/07/2011 | Uncategorized | Litigation Defense | Phone call with client regarding decision not to grant second extension to Righthaven. No-charged as courtesy to client. | 0.00 | $0.00 |
| 05/07/2011 | Email Exchange | Litigation Defense | E-mail to client regarding significance of $2.95 article sell price from LVRJ archives in case strategy. | 0.50 | $137.50 |
| 05/09/2011 | Research | Litigation Defense | Review latest Righthaven filing regarding standing and clarification of strategic alliance agreement. Perform research on standing issue and determine alternative avenues for disproving standing in light of latest developments. (Total time: 1.6, divided between 2 clients.) | 0.80 | $220.00 |
| 05/09/2011 | Receipt and Review | Litigation Defense | Review RH's opposition to MTD, including section responding to fraud allegation, submit to client with analysis and discussion. | 0.20 | $55.00 |
| 05/09/2011 | Research | Litigation Defense | Research regarding arguments opposing Righthaven's standing arguments raised in spate of filings on 5/9/11. (total time: .4, divided among 2 clients) | 0.20 | $55.00 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

# Randazza Legal Group - Client Summary

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 05/10/2011 | Drafting | Litigation Defense | Research on counter arguments for Righthaven's MTD Opposition; drafting reply brief for filing asap after Thursday hearing in Pahrump Life. (Total time: 6.6 hours, divided among 2 clients.) | 3.30 | $907.50 |
| 05/10/2011 | Phone Call | Litigation Defense | Phone call with MJR regarding legal strategy for responding to latest Righthaven brief in light of previous research. | 0.10 | $27.50 |
| 05/10/2011 | Phone Call | Litigation Defense | Phone call with MJR regarding RH opposition briefs and declarations; issues therein. (total time: .2, divided among 2 clients.) | 0.10 | $27.50 |
| 05/11/2011 | Research | Litigation Defense | Strategy call with EFF and identification of additional issues faced by Righthaven; conduct supplemental research and complete drafting of MTD.  Submit to MJR for review. (total time: 6.2; divided among 2 clients.) | 3.10 | $852.50 |
| 05/11/2011 | Research | Litigation Defense | Strategy call with EFF and identification of additional issues faced by Righthaven; conduct supplemental research and complete drafting of MTD.  Submit to MJR for review. (total time: 6.2; divided among 2 clients.) | 3.10 | $852.50 |
| 05/14/2011 | Review and Revise | Litigation Defense | Review of MJR edits and final formatting of Reply briefing, supplemental research on local rules and NV rules of professional responsibility based on issues MJR flagged for review.  Distribute draft to client. (Total time: 1.6; divided among 2 clients.) | 0.80 | $220.00 |
| 05/14/2011 | Documentation | Litigation Defense | Memo to file regarding newly obtained information concerning Righthaven's settlement discovery practices and techniques. (divided among 4 clients.) | 0.10 | $27.50 |
| 05/15/2011 | Email Exchange | Litigation Defense | Respond to client's e-mail regarding status of case and its procedural posture. (time reduced as courtesy to client, as e-mail went beyond scope of initial question.) | 0.10 | $27.50 |
| 05/15/2011 | Documentation | Litigation Defense | Filing of reply brief with Court; transmission of copy to client. | 0.10 | $27.50 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand  Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

# Randazza Legal Group - Client Summary

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 05/18/2011 | Email Exchange | Litigation Defense | Review of Righthaven's operating agreement; exchange e-mails with RLG regarding desirability of admitting evidence in support of pending motions to dismiss. (total time: .2, divided among 2 clients.) | 0.10 | $27.50 |
| 05/19/2011 | Phone Call | Litigation Defense | Phone call with MJR concerning strategy for admitting newly revealed evidence (Righthaven's operating agreement) in expeditious/inexpensive manner, as relevant to pending MTD. | 0.10 | $27.50 |
| 05/19/2011 | Email Exchange | Litigation Defense | E-mail to Righthaven regarding stipulated admission of Righthaven Operating Agreement as relevant to pending subject matter jurisdiction briefing. | 0.10 | $27.50 |
| 05/20/2011 | Email Exchange | Litigation Defense | E-mail Righthaven counsel about non-opposed admission of redacted operating agreement in pending MTD briefing. | 0.10 | $27.50 |
| 05/20/2011 | Set Strategy | Litigation Defense | E-mail with MJR regarding placing Righthaen's LLC operating agreement on the record with respect to pending MTD without further motion practice. | 0.10 | $27.50 |
| 05/23/2011 | Drafting | Litigation Defense | Draft of stipulation to admit Righthaven's operating agreement in pending motion to dismiss proceedings. Submit to RH for review. (total time spent: .4, divided among 2 clients.) | 0.20 | $55.00 |
| 05/23/2011 | Drafting | Litigation Defense | Draft of stipulation to admit Righthaven's operating agreement in pending motion to dismiss proceedings. Submit to RH for review. (total time spent: .4, divided among 2 clients.) | 0.20 | $55.00 |
| 05/24/2011 | Documentation | Litigation Defense | Review and preparation of stip filing in Righthaven case regarding recently revealed oeprating agreement. Transmit to client with analysis. | 0.20 | $55.00 |
| 05/31/2011 | Documentation | Litigation Defense | Memo to file regarding case status. | 0.10 | $27.50 |
| 06/14/2011 | Email Exchange | Litigation Defense | E-mail to client regarding status of case. | 0.20 | $55.00 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

**Randazza Legal Group - Client Summary**

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 06/14/2011 | Email Exchange | Litigation Defense | E-mail to client regarding recent ruling in Righthaven v. Democratic Underground, relevant to pending motion to dismiss. | 0.10 | $27.50 |
| 06/20/2011 | Receipt and Review | Litigation Defense | Receipt and review of Hoehn opinion.  E-mail and call client regarding same.  Confer with co-counsel regarding same.  Contact chambers regarding likelihood of publication.  Briefly discuss issue of moving for fees with opposing counsel. | 1.40 | $385.00 |
| 06/21/2011 | Phone Call | Litigation Defense | Conference call with MJR and Shawn Mangano regarding attorney's fee award before making motion for same. | 0.40 | $110.00 |
| 06/22/2011 | Email Exchange | Litigation Defense | Exchange e-mails with client and co-counsel regarding status of fee motion, likelihood of appeal (including review of Righthaven v. Pahrump Life opposition, in which the desire to appeal Righthaven v. Hoehn is expressed), discuss strategies for appeal in e-mail to client. | 1.00 | $275.00 |
| 06/24/2011 | Meeting | Litigation Defense | Discuss Motion for Fees with MJR; review of favorable precedent found by MJR.  Review of prior motion for fees to estimate timeline for completing work on motion for client. | 0.10 | $27.50 |
| 06/27/2011 | Receipt and Review | Litigation Defense | Check status of e-mails from opposing counsel; confirm tacit rejection of settlement offer made June 24, 2011 through failure to respond.. | 0.10 | $27.50 |
| 06/28/2011 | Email Exchange | Litigation Defense | E-mail to client regarding status of fee award negotiations, fee motion and possible 9th Circuit appeal alleded to in Righthaven's Amici opposition papers filed in Pahrump Life. | 0.20 | $55.00 |
| 06/29/2011 | Research | Litigation Defense | Review local rules and case law concerning motion for fees; begin drafting Hoehn's fee motion.  Review e-mail exchanges with Righthaven and prior fee motions. | 1.90 | $522.50 |
| 07/02/2011 | Drafting | Litigation Defense | Confer with MJR and outline arguments for fee motion.  Review initial research and begin drafting motion for attorney's fees.  Find aritlces and other supporting materials for use as non-precedential support. | 1.20 | $330.00 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand  Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 07/03/2011 | Drafting | Litigation Defense | Draft motion for fees and supporting affidavit. Review of Local Rule 54-16 and ensure compliance with all portions of local rule. | 1.30 | $357.50 |
| 07/03/2011 | Drafting | Litigation Defense | Draft memorandum of law in support of motion for fees. Conduct original research and review extant research on fee motions. Discuss significance of Court's fair use ruling. | 3.70 | $1,017.50 |
| 07/04/2011 | Email Exchange | Litigation Defense | Create drafts of fee motion filings and e-mail to client with commentary. e-mail with MJR regarding latest versions of fee motion and supporting documents. | 0.20 | $55.00 |
| 07/04/2011 | Review and Revise | Litigation Defense | Review and revise motion and points of authorities based on MJR thematic suggestions. Exchange e-mails with client and MJR concerning tone and content. Conduct additional supreme court research, research on 17 USC § 512(f), and review Court's June 20 order to make best fair use argument. Review citations for conformity with 18th Ed. Bluebook. Review of Motion and Affidavit. | 3.80 | $1,045.00 |
| 07/04/2011 | Documentation | Litigation Defense | Calculate final billing in Hoehn matter; revise affidavit and motion based on final billing and expense totals. | 0.40 | $110.00 |
| 07/04/2011 | Review and Revise | Litigation Defense | Final review of MPA following MJR's edits and comments. Confer with MJR via instant messenger and review tone and substance of memorandum of law. Find case cites for propositions late added to the memorandum. | 1.30 | $357.50 |
| | | | *Total Labor For Jay DeVoy* | **98.40** | **$26,757.50** |
| | | | *Total Expense For Righthaven - Wayne Hoehn* | **$187.00** | **$187.00** |
| | | | *Total For Righthaven - Wayne Hoehn* | | **$26,944.50** |

**Jessica Christensen**

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 02/09/2011 | Uncategorized | Litigation Defense | Review and revise MSJ draft. | 0.70 | $297.50 |
| | | | *Total Labor For Jessica Christensen* | **0.70** | **$297.50** |
| | | | *Total Expense For Righthaven - Wayne Hoehn* | **$0.00** | **$0.00** |
| | | | *Total For Righthaven - Wayne Hoehn* | | **$297.50** |

**Marc Randazza**

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 01/25/2011 | Phone Call | Litigation Defense | Phone call to set strategy regarding MSJ. | 0.10 | $42.50 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 01/31/2011 | Review and analyze | Litigation Defense | Review analyze and revise answer.  Research concerning opposing counsel's prior dismissals. | 0.40 | $170.00 |
| 02/03/2011 | Review and Revise | Litigation Defense | Review and revise documents for MSJ.  IM session and discussion with JMD regarding theme of MSJ. | 1.10 | $467.50 |
| 02/09/2011 | Other | Litigation Defense | Review and revise msj.  Exhange strategy emails with JMD. | 0.40 | $170.00 |
| 02/19/2011 | Meeting | Litigation Defense | Meeting with DeVoy regarding strategy. | 0.20 | $85.00 |
| 03/07/2011 | Other | Litigation Defense | Receipt and review and analysis of opposition.  Review of Rule 56 options.  Tel calls and emails with JMD regarding strategy. | 0.80 | $340.00 |
| 03/21/2011 | Review and Revise | Litigation Defense | Review and revise Reply Brief. | 0.70 | $297.50 |
| 03/22/2011 | Review and Revise | Litigation Defense | Review and revise reply brief and research concerning 56(d). | 1.00 | $425.00 |
| 03/23/2011 | Review and Revise | Litigation Defense | Review and revise reply brief.  Strategy discussion with JMD. | 0.40 | $170.00 |
| 03/25/2011 | Phone Call | Litigation Defense | Phone call with JMD regarding hearing and strategy meetings with EFF and other Righthaven defense attorneys.  Setting strategy for future defense.  (Split billing with all Righthaven defense parties) | 0.10 | $42.50 |
| 04/08/2011 | Phone Call | Litigation Defense | Tel call with JMD re hearing attendance strategy. | 0.10 | $42.50 |
| 04/15/2011 | Other | Litigation Defense | Receipt and review of Righthaven ruling in motion to unseal.  Analysis of Righthaven's agreement with Las Vegas Review Journal.  Review of order by judge.  Review of second order by judge in which portion of relief sought (transfer of domain name) was stricken.  Further research on applicability of the weaknesses in the assignment to client's case and utility in negotiating a better settlement or use in a motion to dismiss for lack of subject matter jurisdiction.  (Actual time spent 3.5 hours, but split among 4 clients) | 0.87 | $369.75 |
| 04/15/2011 | Phone Call | Litigation Defense | Strategy call with JMD regarding use of new evidence and motions to dismiss Righthaven cases versus clients.  Actual time 45 mins, but split among 4 clients. | 0.20 | $85.00 |
| | | | **Grand Totals Labor:** | **114.22** | **$33,858.50** |
| | | | **Grand  Totals Expense:** | **$187.00** | **$187.00** |
| | | | **Grand Totals:** | | **$34,045.50** |

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---|---|
| 04/16/2011 | Drafting | Litigation Defense | Review and revise motion to dismiss for lack of subject matter jurisdiction.  Exchange emails with JMD to finalize.  (split billing with one other client, therefore billable time halved) | 0.45 | $191.25 |
| 04/16/2011 | Drafting | Litigation Defense | Review and revise motion to dismiss for lack of subject matter jurisdiction.  Exchange emails with JMD to finalize.  (split billing with one other client, therefore billable time halved) | 0.45 | $191.25 |
| 04/25/2011 | Phone Call | Litigation Defense | Discussion with JMD regarding travel schedule and logistics/appearances for hearing; preparation plans for same. | 0.10 | $42.50 |
| 04/26/2011 | Phone Call | Litigation Defense | IM session regarding upcoming hearing.  Tel call regarding Hoehn Hearing. | 0.50 | $212.50 |
| 05/03/2011 | Other | Litigation Defense | Preparation for hearing. Exchange calls and emails with JMD. | 0.40 | $170.00 |
| 05/10/2011 | Set Strategy | Litigation Defense | Strategy session with JMD via phone.  Review of filings in case.  Analysis of briefs filed by Righthaven. | 0.50 | $212.50 |
| 05/14/2011 | Drafting | Litigation Defense | Edits and drafting of reply brief. | 1.00 | $425.00 |
| 05/24/2011 | Uncategorized | Litigation Defense | Review and revise stipulation (split with other client) | 0.05 | $21.25 |
| 05/31/2011 | Uncategorized | Litigation Defense | Exchange emails with JMD regarding Hoehn strategy. | 0.30 | $150.00 |
| 06/27/2011 | Research | Litigation Defense | Research concerning motion for fees and 9th cir law on same. | 0.50 | $250.00 |
| 06/29/2011 | | Litigation Defense | Research concerning motion for fees and Cal / Nev cases. | 0.60 | $300.00 |
| 06/30/2011 | | Litigation Defense | Research and drafting memoranda on motion for fees. | 0.50 | $250.00 |
| 07/03/2011 | Drafting | Litigation Defense | Drafting edits to motion for fees.  Re-drafting sections of motion.  Confer with JMD on same. | 1.50 | $750.00 |
| 07/03/2011 | | Litigation Defense | Confer with JMD on final edits to motion for fees.  Re-review motion. | 0.50 | $250.00 |
| 07/04/2011 | Drafting | Litigation Defense | Drafting and editing Motion for Fees. | 1.30 | $650.00 |
| | | | *Total Labor For Marc Randazza* | **15.02** | **$6,773.50** |

# Randazza Legal Group - Client Summary

Client : Righthaven - Wayne Hoehn | Project : All | User : All Users | Ticket Type : All Matter Types | Activity Type : All Activity Types | Billable : All | Billing Status : All

| Date | Activity | Matter | Description | Time/Cost | Billable/Sell |
|---|---|---|---|---:|---:|
| | | | *Total Expense For Righthaven - Wayne Hoehn* | $0.00 | $0.00 |
| | | | *Total For Righthaven - Wayne Hoehn* | | $6,773.50 |
| | | | **Total Labor For Righthaven - Wayne Hoehn** | 114.22 | $33,858.50 |
| | | | **Total Expense For Righthaven - Wayne Hoehn** | $187.00 | $187.00 |
| | | | **Total For Righthaven - Wayne Hoehn** | | $34,045.50 |
| | | | **Grand Totals Labor:** | 114.22 | $33,858.50 |
| | | | **Grand Totals Expense:** | $187.00 | $187.00 |
| | | | **Grand Totals:** | | $34,045.50 |