SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE HOEHN, an individual,<br><br>Defendant. | Case No.: 2:11-cv-00050-PMP-RJJ<br><br>**PLAINTIFF RIGHTHAVEN LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING ORDER AND JUDGMENT AWARDING DEFENDANT ATTORNEYS' FEES AND COSTS** |

NOTICE is hereby given that Plaintiff Righthaven LLC ("Righthaven"), hereby appeals the Judgment in a Civil Case entered in this action on the 15th day of August, 2011 (the "Judgment", Doc. # 44) to the United States Court of Appeals for the Ninth Circuit. The Judgment entered in favor of Defendant Wayne Hohen ("Defendant") was based on, and Righthaven's appeal in this action includes, the Court's August 15, 2011 Order (Doc. # 43), the Judgment (Doc. # 44), the associated briefing by the parties in connection with Defendant's Motion for Attorney's Fees and Costs (Doc. ## 32, 38, and 40), the associated Order Granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Order Granting Defendant's Motion for Summary Judgment (Doc. # 28), and the related Clerk's Judgment (Doc.

# 30), all of which will properly be designated separately as part of the record on appeal by Righthaven.

On July 19, 2011, Righthaven filed a separate Notice of Appeal to the United States Court of Appeals for the Ninth Circuit challenging the Court's Order Granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Order Granting Defendant's Motion for Summary Judgment (Doc. # 28), and the related Clerk's Judgment (Doc. # 30). (Doc. # 33.)  The United States Court of Appeals for the Ninth Circuit designated Righthaven's initial appeal as *Righthaven LLC v. Hoehn,* Case No. 11-16751.

Dated this 19th day of August, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and as provided for under the applicable Local Rules of Civil Practice, I certify that on this 19th day of August, 2011, I caused a true and correct copy of **PLAINTIFF RIGHTHAVEN LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING ORDER AND JUDGMENT AWARDING DEFENDANT ATTORNEYS' FEES AND COSTS** to be served on all counsel properly registered and appearing in this action as listed in the Court's ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*