Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Wayne Hoehn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE HOEHN, an individual,<br><br>Defendant. | Case No. 2:11-cv-00050<br><br>**DECLARATION OF J. MALCOLM DEVOY IV IN SUPPORT OF DEFENDANT'S MOTION** |

**DECLARATION OF J. MALCOLM DEVOY IV IN SUPPORT OF DEFENDANT'S MOTION**

I, J. MALCOLM DEVOY IV hereby declare as follows:

1.     I am a duly licensed attorney in Nevada and a member of the Nevada bar in good standing, attorney for the Randazza Legal Group law firm and counsel of record with Marc J. Randazza for the Defendant in this matter, Wayne Hoehn.

2.     I have not received any notification from the Court, via CM/ECF, or from Plaintiff's counsel, that bond has been posted in satisfaction of Hoehn's judgment against Righthaven (Doc. # 44), or that any other actions have been taken with respect to fulfillment of that judgment since Plaintiff filed its Application for Stay (Doc. # 52).

- 1 -

3. If Righthaven has posted a bond or taken any measures to satisfy Wayne Hoehn's judgment against it, I am unaware of those actions.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Date: September 16, 2011

By:    /s/ J. Malcolm DeVoy IV
       J. Malcolm DeVoy IV

Randazza Legal Group
7001 W Charleston Blvd #1043
Las Vegas, NV 89117
(888) 667-1113