Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Wayne Hoehn*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WAYNE HOEHN, an individual,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00050<br><br>**DEFENDANT'S MOTION FOR WRIT OF EXECUTION** |

### DEFENDANT'S MOTION FOR WRIT OF EXECUTION

Defendant Wayne Hoehn ("Hoehn"), represented by his attorneys, Randazza Legal Group, in the above-captioned matter, brings this motion seeking this Court and its clerk to issue an writ of execution for Hoehn's judgment against Plaintiff Righthaven LLC ("Righthaven") (Doc. # 44).

As required by the rules of this Court, an Affidavit and Request for Issuance of Writ of Execution is attached to this Motion, as is a proposed Writ of Execution for completion by the Court's Deputy Clerk. The interest rate specified in the attached affidavit, 5.25%, is based on information provided by the Nevada Commissioner of Financial Institutions, plus two percent, pursuant to NRS 99.040.[1]

---

[1] *See* Prime Interest Rate, http://www.fid.state.nv.us/Prime/PrimeInterestRate.pdf (*last accessed* Sept. 17, 2011).

- 1 -

1  Defendant's enforcement of the Court's judgment is proper at this time.  Hoehn has not
2  only waited 10 days before enforcing his judgment, he waited until after the expiration of a
3  court-imposed deadline for Righthaven to make payments in satisfaction of his judgment (see
4  Doc. # 43 at 2).  No stay prohibiting Hoehn's execution of his judgment is in place, nor would
5  any such future stay have retroactive effect. *See* Fed. R. Civ. P. 60, 62; *Ribbens Int'l, S.A. de C.V.*
6  *v. Transport Int'l Pool, Inc.,* 40 F. Supp. 2d 1141, 1144 (C.D. Cal. 1999) ("[t]he stay becomes
7  effective when the bond is approved; before the bond is approved there is no stay and the
8  judgment creditor is free to execute upon the judgment"); *Laborers Nat'l Pension Fund v. ANB*
9  *Invest. Mgmt. & Trust Co.,* 26 F. Supp. 2d 1048, 1051 (N.D. Ill. 1998); *Moses v. K-Mart Corp.,*
10 922 F. Supp. 600, 605 (S.D. Fla. 1996), *aff'd in part and rev'd in part,* 136 F.3d 140 (11th Cir.
11 1998) (unpublished table opinion); *Johns v. Rozet,* 826 F. Supp. 565, 568 (D.D.C. 1993); *In re*
12 *Bucyrus Grain Co., Inc.,* 127 B.R. 52, 55 (D. Kan. 1991); *Secure Eng'g Servs., Ltd. v. Int'l Tech.*
13 *Corp.,* 727 F. Supp. 261, 264-65 (E.D. Va. 1989); *Larry Santos Prods. v. Joss Org., Inc.,* 682 F.
14 Supp. 905, 906 (E.D. Mich. 1988).

15  Consequently, the Court is entitled to authorize the U.S. Marshalls to execute Hoehn's
16 judgment through seizure of Righthaven's bank accounts, real and personal property, and
17 intangible intellectual property rights for levy, lien, auction or other treatment appropriate for
18 satisfaction of Hoehn's judgment.

20 Dated September 18, 2011                    Respectfully Submitted,

21                                              RANDAZZA LEGAL GROUP

23                                              _____
                                                Marc J. Randazza
24                                              J. Malcolm DeVoy IV

25                                              Attorneys for Defendant,
                                                *Wayne Hoehn*

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 18th day of September, 2011, I caused the document(s) entitled:

**DEFENDANT'S MOTION FOR WRIT OF EXECUTION**

and all attachments to be served as follows:

[ ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]   to be hand-delivered;

[ X ]   by the Court's CM/ECF system.

/s/ J. Malcolm DeVoy
J. Malcolm DeVoy

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

- 3 -