UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RIGHTHAVEN LLC

v.

WAYNE HOEHN

2:11-cv-00050
Case Number

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION

STATE OF NEVADA )
) ss.
COUNTY OF Clark )

I, James Malcolm DeVoy IV, hereby state on oath:

1. Judgment for $34,045.50, was entered on August 15, 2011, in the docket of the above entitled Court action in favor of: Wayne Hoehn as Judgment Creditor, and against Righthaven LLC as Judgment Debtor.

   (IF A REGISTERED JUDGMENT):
   Said Judgment was registered herein under Title 28, U.S.C. Sec. 1963, being a Judgment which was obtained in Civil Case No. _____ In the U.S. District Court for the _____ District of _____ and which has become FINAL.

2. I am the attorney for said judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment are the following sums:
   $ 166.26  [1] accrued interest, computed at 5.25 %*
   $ 14,072.50  accrued costs and fees.

*Judgments registered under 28 U.S.C. Sec. 1963 bear the rate of interest of the District of Origin.

[1] This figure shall include interest through the day on which this affidavit is executed.  The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

CREDIT must be given for payments and partial satisfaction in the total amount of

$ 0     which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 48,284.26     ACTUALLY DUE on this date. Of this total,

$ 34,045.50     is the amount of the original Judgment as entered still remaining due and bearing interest at 5.25 % in the amount of $ 4.89 PER DAY from this date:

DATED: 9/18/2011

_____
Attorney for Judgment Creditor

State of Nevada County of Clark

SUBSCRIBED and SWORN to before me this 18 day of Sept., 2011.

C. Vino
_____
NOTARY PUBLIC in and for the County of Clark, State of Nevada.

(SEAL)

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
C. VINO
No: 10-1176-1
My Appointment Expires Jan. 1, 2014