Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Wayne Hoehn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>WAYNE HOEHN, an individual,<br><br>  Defendant. | Case No. 2:11-cv-00050<br><br>**NOTICE OF NEW AUTHORITY** |

### NOTICE OF NEW AUTHORITY

Wayne Hoehn, by and through counsel, files notice with this court of a new ruling by the Ninth Circuit in this matter, Rigthhaven LLC v. Hoehn, Case No. 11-16995 (Doc. # 8) (9th Cir. Oct. 19, 2011). A true and correct copy of this Order is attached hereto as Exhibit A.

On September 27, 2011, Righthaven filed an urgent motion for stay of Hoehn's judgment pending appeal with the Ninth Circuit Court of Appeals under Ninth Circuit Rule 27-3 (App. Doc. # 6). On September 28, this Court partially granted Righthaven's Application for Stay of judgment (Doc. # 56). On October 9, Righthaven supplemented its pending motion for urgent relief (App. Doc. # 6-1), averring that it could not "allocate" funds to post a bond required by this Court's September 28 Order (Doc. # 56). Hoehn Responded to the urgent Motion on October 16 (App. Doc. # 7). The Ninth Circuit Denied Righthaven's urgent motion on October 19, 2011 (App. Doc. # 8; Exh. A).

1  This ruling by the Ninth Circuit is directly relevant to the Court's September 28 Order
2  (Doc. # 56), affirming Righthaven's obligation to post a bond of $34,045.50 by October 28, 2011
3  in order to stay enforcement of Hoehn's judgment. This ruling also bears upon any future
4  motion practice that may be brought before the Court regarding the September 28 order and
5  requirement that Righthaven post a bond to secure Hoehn during Righthaven's appeal.

Dated October 19, 2011

Respectfully Submitted,

RANDAZZA LEGAL GROUP

Marc J. Randazza
J. Malcolm DeVoy IV

Attorneys for Defendant,
*Wayne Hoehn*

Randazza Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 19th day of October, 2011, I caused the document(s) entitled:

• **NOTICE OF NEW AUTHORITY**

and all attachments to be served as follows:

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ X ]   by the Court's CM/ECF system.

/s/ J. Malcolm DeVoy
J. Malcolm DeVoy

Randazza Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113