# EXHIBIT A

FILED

OCT 19 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIGHTHAVEN LLC,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>WAYNE HOEHN,<br><br>        Defendant - Appellee. | No. 11-16995<br><br>D.C. No. 2:11-cv-00050-PMP<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Before: RAWLINSON and BEA, Circuit Judges.

Appellant's emergency motion for stay pending appeal is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Cal. Pharmacists Ass'n v. Maxwell-Jolly*, 563 F.3d 847, 849-50 (9th Cir. 2009) (order).

The briefing schedule established previously shall remain in effect.

KS/MOATT