# PROCESS RECEIPT AND RETURN
U.S. Department of Justice
United States Marshals Service
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Righthaven LLC | 2:11-cv-00050 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Wayne Hoehn | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Serve: Bank of Nevada; Seize: Operating Account of Righthaven LLC, Acct. # 7501426651

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7251 W. Lake Mead Blvd., Las Vegas, NV 89128

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

J. Malcolm DeVoy IV
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | n/a |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Seize all assets in bank account number 7501426651, the Righthaven LLC operating account, and any other bank accounts belonging to Righthaven LLC. Bank of Nevada is open from 9 am to 5 pm. The phone number for this Bank of Nevada location is (702) 240-1734.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: 888-667-1113 ex. 4
DATE: 11/3/2011

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 048
District to Serve No.: 048
Signature of Authorized USMS Deputy or Clerk
Date: 11/4/11

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (*if not shown above*)
Cynthia Wilkerson - Operations Manager

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 11/08/11
Time: 1640 ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: $5 check # 443
1 HR - 12 miles (round trip)

2011 NOV 10 A 11:01

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80