# EXHIBIT C

## COPYRIGHT ASSIGNMENT

I, _____, an authorized representative of Righthaven LLC, acting with authority to bind the company, hereby assign **any and all** copyright rights owned by Righthaven LLC in the work titled:

_____, bearing the Copyright Registration Number _____ in the U.S. Copyright Office, to Ms. Lara Pearson, the receiver of Righthaven LLC's intellectual property assets appointed pursuant to an order entered by the U.S. District Court for the District of Nevada in *Righthaven v. Hoehn*, Case No. 2:11-cv-00050.

_____
(Signature)

_____
(Print Name)

State of _____ )
                      ) SS:
County of _____ )

On this _____ day of _____, 201\_\_, I witnessed _____ execute this agreement.

Signed: _____, Notary Public.  My commission expires: _____

(SEAL)