# EXHIBIT D

## TRADEMARK/SERVICEMARK ASSIGNMENT

I, _____, an authorized representative of Righthaven LLC, acting with authority to bind the company, hereby assign the trademark/servicemark

_____, identified by the U.S. Patent and Trademark Office by (Serial Number / Registration Number) _____, and **any and all** commercial goodwill, rights to use and other attendant rights associated with the mark to Ms. Lara Pearson, the receiver of Righthaven LLC's intellectual property assets appointed pursuant to an order entered by the U.S. District Court for the District of Nevada in *Righthaven v. Hoehn*, Case No. 2:11-cv-00050.

_____
(Signature)

_____
(Print Name)

State of _____   )
                          ) SS:
County of _____   )

On this _____ day of _____, 201\_\_, I witnessed _____ execute this agreement.

Signed: _____, Notary Public.  My commission expires: _____

(SEAL)