Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Wayne Hoehn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE HOEHN, an individual,<br><br>Defendant. | Case No. 2:11-cv-00050<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF RECEIVER AND COMPELLED ASSIGNMENT OF INTELLECTUAL PROPERTY IN SATISFACTION OF JUDGMENT** |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF RECEIVER AND COMPELLED ASSIGNMENT OF INTELLECTUAL PROPERTY IN SATISFACTION OF JUDGMENT**

Pursuant to the Motion of Defendant Wayne Hoehn for appointment of a receiver and an order requiring Righthaven to assign all of its intellectual property to that receiver for future auction, it is hereby ORDERED that Ms. Lara Pearson is appointed Receiver of Plaintiff Righthaven LLC's intellectual property.

To complete the transfer of intellectual property, an authorized representative of Righthaven must assign *all* of its rights in its copyrights, trademarks/servicemarks, domain names and proprietary technology to the receiver, using the forms provided in Exhibits C, D, E and F, provided in Defendant's motion, for copyrights, trademarks/servicemarks, domain names and other intellectual property, respectively. Righthaven and/or the U.S. Marshals shall also

1  deliver all of Righthaven's tangible property to the Receiver within the timeframe established in
2  this Order.

3  The Court further finds good cause to apply the Defendant's incurred legal fees in
4  pursuing satisfaction of his judgment to Righthaven.  Defendant's counsel shall submit an
5  affidavit to this Court accounting for its costs and fees incurred to date since this Court granted a
6  writ of execution (Doc. # 59), within seven (7) days of this Order.   This amount will be added to
7  Plaintiff's total amount of $63,720.80 due to the Defendant.

8  Plaintiff must effect individual assignment of each item of intellectual property to which
9  it holds rights to the receiver within seven (7) days of this Court's order.  Once these assignments
10 are effected, Plaintiff's counsel shall file a notice with this Court certifying that Plaintiff has
11 complied with this Order.

12 The Court finds good cause to issue a writ of bodily attachment for Righthaven's officers,
13 Mr. Steven A. Gibson, Chief Executive Officer; and Raisha Y. Gibson, a/k/a "Drizzle" Gibson,
14 Chief Administrative Officer, so the U.S. Marshals may make them appear in Court so to effect
15 the intellectual property assignments required by this order, or to explain their failure to do so
16 upon pain of contempt, if the above-described assignments are not effected within seven (7) days
17 of this order.

19 IT IS SO ORDERED

_____
U.S. DISTRICT COURT JUDGE

DATE: _____

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

- 2 -