| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Righthaven LLC | 2:11-cv-00050 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Wayne Hoehn | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Shawn A. Mangano Ltd.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

8367 West Flamingo Road, Suite 100, Las Vegas, Nevada 89147

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

J. Malcolm DeVoy IV
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | n/a |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Shawn Mangano's phone number is 702-304-0432. He keeps irregular hours, evinced by his many court filings made between 11 pm and 3 am. The best avenue to determine his availability is by consulting his co-tenants in the building, Financial Network, to determine when he is available. Righthaven may maintain funds in Attorney Mangano's trust account.

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT

TELEPHONE NUMBER: 888-667-1113 ex. 4
DATE: 11/3/2011

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 048 | 048 | Onanman | 11/4/2011 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

George Wara - Approven

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 11/8/11   Time: 1640 pm

Signature of U.S. Marshal or Deputy

3069

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

HR - 19.8 miles (Roundtrip)

2011 NOV 3 AM 10:15

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80