Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jmd@Randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Wayne Hoehn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WAYNE HOEHN, an individual,<br><br>　　　　　　　Defendant. | Case No. 2:11-cv-00050<br><br>**NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO APPOINT RECEIVER AND COMPEL ASSIGNMENT OF INTELLECTUAL PROPERTY** |

**NOTICE OF PLAINTIFF RIGHTHAVEN LLC'S NON-OPPOSITION TO DEFENDANT'S MOTION TO APPOINT RECEIVER AND COMPEL ASSIGNMENT OF INTELLECTUAL PROPERTY**

Defendant Wayne Hoehn ("Hoehn"), through his attorneys, files this Notice with respect to his pending Motion for Judgment Debtor Examination, filed on November 14, 2011 (Doc. # 62).

At present, Plaintiff Righthaven LLC ("Righthaven") has not filed a memorandum of law and points of authority in opposition to Hoehn's Motion. Under Local Rule 7-2(d), this failure to oppose Hoehn's motion constitutes Righthaven's concession to the pending Motion. It is well established that a party's failure to timely oppose a motion constitutes the non-moving party's consent to granting of the motion. *U.S. v. Warren,* 601 F.2d 471, 474 (9th Cir. 1979).

Local Rule 7-2(b) allows 14 days for the filing of responsive briefing. Even allowing an additional three days for a filing to be made under Fed. R. Civ. P. 6(d), Righthaven's responsive

Randazza
Legal Group
6525 W. Warm Springs
Road, Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 1 -

briefing would have been due on December 1, 2011.  At the time of this filing, almost one week after that deadline, Righthaven has filed no opposition in this matter.  Even if such a filing were to be made, its untimeliness would preclude it from consideration.

Though Righthaven's appeal of the fee award and judgment in this matter is pending appellate review before the Ninth Circuit Court of Appeals, Righthaven is not entitled to a stay in this matter, and has not posted a *supersedeas* bond for Hoehn's judgment. (Docs. # 56, 57) Righthaven previously moved both this Court and the Ninth Circuit Court of Appeals for a stay from the execution of Hoehn's Judgment; both courts rejected this request. (*Id*.)  Moreover, on November 1, 2011, this Court granted Hoehn a writ of execution against Righthaven (Doc. # 59), which Hoehn has been using in an effort to freeze and seize Righthaven's assets. (*See, e.g.*, Docs. # 61, 63)

For the foregoing reasons, Hoehn respectfully requests that this Court grant his unopposed motion (Doc. 60).  A Proposed Order was attached as Document number 60-10. With no dispute to consider, the Court may appoint Lara Pearson as receiver of Righthaven's intellectual property, and order Plaintiff to assign all of its intellectual property and other assets to her so that it may be auctioned in partial satisfaction of Hoehn's judgment.

Dated December 7, 2011

Respectfully Submitted,

RANDAZZA LEGAL GROUP

Marc J. Randazza
J. Malcolm DeVoy IV

Attorneys for Defendant,
*Wayne Hoehn*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 7th day of December, 2011, I caused the document(s) entitled:

**NOTICE OF PLAINTIFF RIGHTHAVEN LLC'S NON-OPPOSITION TO DEFENDANT'S MOTION TO APPOINT RECEIVER AND COMPEL ASSIGNMENT OF INTELLECTUAL PROPERTY**

and all attachments to be served as follows:

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ X ]   by the Court's CM/ECF system.

/s/ J. Malcolm DeVoy

J. Malcolm DeVoy

Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 3 -