UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIGHTHAVEN, LLC a Nevada limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>WAYNE HOEHN, an individual,<br><br>        Defendant. | 2:11-CV-00050-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Defendant's Motion to Appoint Receiver and Compel Assignment of Intellectual Property (Doc. #62) filed November 14, 2011. To date, Plaintiff has failed to file a response and therefore, in accord with the Local Rules of this Court consents to the granting of Defendant's Motion.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Appoint Receiver and Compel Assignment of Intellectual Property (Doc. #62) is hereby **GRANTED**.

DATED: December 12, 2011.

_____
PHILIP M. PRO
United States District Judge