Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Wayne Hoehn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE HOEHN, an individual,<br><br>Defendant. | Case No. 2:11-cv-00050<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S APPLICATION FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS** |

**PROPOSED ORDER GRANTING DEFENDANT'S APPLICATION FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS**

Pursuant to the Application of Wayne Hoehn for issuance of this Court's Order Scheduling Judgment Debtor Examination before the magistrate judge under LR IB 1-9, and production of documents, and good cause shown, it is hereby ORDERED that Steven A. Gibson and Raisha "Drizzle" Y. Gibson shall personally appear before this Court on Jan. 5, 2012, at 1:30 p.m., and provide testimony under oath concerning the location of Righthaven's assets. Both representatives of Righthaven shall be examined with regard to the extent and location of Righthaven's assets that may be available to Hoehn for the purpose of satisfying this Court's Judgment (Doc. # 44) and Writ of Execution (Doc. # 59).

At least one (1) calendar week before the above-scheduled examination, Righthaven shall produce the following documents to Hoehn through his counsel:

> Any and all information and documentation identifying real property, vehicles, bank accounts, bank deposits, company securities, intangible intellectual property and all other assets that may be available for execution to satisfy this Court's judgment and writ of execution, including money owed to Judgment Debtor by others, and other information of the like;

And

> Any and all information and documentation identifying purchases, transfers of funds, or other dissipation of assets from Righthaven to yourselves or any other third parties commencing on or about April 15, 2011.

Should Righthaven fail or refuse to cause Steven Gibson and/or Raisha Gibson to appear at the examination herein scheduled, or to produce documents referred to above, this Court may adjudicate Righthaven guilty of civil contempt of its orders.  The Court may issue warrants or seizure orders to compel compliance with this Order.  In the event that either deponent fails to attend, this Court will issue writs of bodily attachment and instruct the U.S. Marshalls to use reasonable force to compel their attendance.

IT IS SO ORDERED

_____
U.S. O CI KVJC VG JUDGE

DATE: DEC. 12, 2011

Randazza Legal Group
7001 W Charleston Blvd #1043
Las Vegas, NV 89117
(888) 667-1113