# Exhibit 2



Lara Pearson <lara@rimonlaw.com>

# Response to your 12/21/2011 correspondence

**Lara Pearson <lara@rimonlaw.com>**                     Thu, Dec 22, 2011 at 3:55 PM
To: shawn@manganolaw.com

Dear Mr. Mangano:

My response to your letter of 12/21/2011 is attached, along with a trademark assignment to effectuate the transfer of the RIGHTHAVEN service mark. As discussed herein, I will complete the copyright assignments once I have the information needed from you. Hopefully, we can conclude these transfers within the next few weeks.

Regards,

Lara Pearson

**Rimon, PC**
*Chief Sustainability Officer & Partner*
Ph: 775.833.1600 | Fax: 888.842.4492
Lara@rimonlaw.com | www.rimonlaw.com

See My Bio | Schedule a Meeting With Me

Read BrandGeek.net! | Join Rimon's LinkedIn Group

**Protecting the Brands that are Changing the World®**
Proud to be a Certified B Corporation® and a Certified
Green Business under the Keep the Sierra Green program.

If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this message from your inbox as well as any copies. Thank you

Please consider the environment before you print this e-mail

---

**2 attachments**

 **2011-12-22 TM Assmt.docx**
13K

 **2011-12-22 Pearson - Mangano response.pdf**
3021K

# RIMONLAWGROUP

NEW YORK | SAN FRANCISCO | SILICON VALLEY | TEL AVIV | WASHINGTON, D.C.
RIMON LAW GROUP, P.C.
220 SANSOME STREET, SUITE 310, SAN FRANCISCO, CA  94104   P: 800.930.7271  415.683.5472
LARA PEARSON, ESQ.*       Lara@Rimonlaw.com      D: 775.833.1600      www.rimonlaw.com
PROTECTING THE BRANDS THAT ARE CHANGING THE WORLD®  *Licensed in Nevada



December 22, 2011

**Sent via e-mail to: Shawn@manganolaw.com**

Mr. Shawn A. Mangano, Esq.
8367 W. Flamingo Rd., Ste. 100
Las Vegas, NV 89129

    RE: *Righthaven LLC v. Hoehn*, Case No.: 2:11-cv-00050-PMP-RJJ

Dear Mr. Mangano:

Thank you for your correspondence dated December 21, 2011.

I confirm that I have been appointed by the Federal District of Nevada to be the receiver in the above-captioned matter. The purpose of this receivership is to secure and auction off Righthaven's intellectual property and other assets to satisfy the $63,720.08 Writ of Execution issued by the district court in favor of Wayne Hoehn on November 1, 2011. My job as receiver is to facilitate the transfer of these assets and to get the highest price for each.

It is my understanding that the no bond has been filed to avoid execution of the district court's order, and the order itself has not been stayed. Thus, I believe I am obligated to proceed with the auctions as expeditiously as possible upon my acquisition of Righthaven's assets. Please rest assured that each auction will include a notice that Righthaven continues to claim ownership over the assets.

Although form Assignments were provided to you as part of Defendant Hoehn's Motion to Appoint Receiver and Compel Assignment of Intellectual Property (Document 62, Exhibits C & D), I am in the process of preparing 278 individual copyright assignments for Righthaven to execute to facilitate the transfer of each of its registered copyrights.

In order to streamline this process, please inform me of the name and title of the individual who will execute the assignments on behalf of Righthaven. Please also confirm that you will use a Notary Public in Clark County, Nevada and provide me with the Notary's name and the date upon which his/her commission expires so that I may add that information to the copyright assignment forms. The more information you provide me regarding the copyright assignments, the less work that will be required of you to effectuate the transfers. A form trademark assignment also is enclosed herewith for your convenience. Please complete the blank fields, or provide me the information necessary to do so and I will then send you another PDF copy.




NEW YORK | SAN FRANCISCO | SILICON VALLEY | TEL AVIV | WASHINGTON, D.C.
RIMON LAW GROUP, P.C.
220 SANSOME STREET, SUITE 310, SAN FRANCISCO, CA  94104   P: 800.930.7271  415.683.5472
LARA PEARSON, ESQ.*    Lara@Rimonlaw.com    D: 775.833.1600    www.rimonlaw.com
PROTECTING THE BRANDS THAT ARE CHANGING THE WORLD® *Licensed in Nevada

As you likely know, yesterday afternoon, GoDaddy transferred the domain name <righthaven.com> to my receiver account. I intend to place this domain name up for auction tomorrow it SnapNames and run the auction for one week.

Lastly, regarding the transfer of Righthaven's tangible assets, please provide me a complete inventory thereof so that I can determine how to best acquire, store and transfer those assets. Clearly, time is of the essence in all of these transactions.

I anticipate your cooperation and look forward to getting the necessary transfers effectuated as quickly and smoothly as possible. For purposes of efficiency, please correspond with me via e-mail (Lara@Rimonlaw.com).

                Regards,

                Lara Pearson, Esq.

Encl.

# TRADEMARK/SERVICEMARK ASSIGNMENT

I, _____, an authorized representative of Righthaven LLC, acting with authority to bind the company, hereby assign the trademark/servicemark <u>RIGHTHAVEN</u>, identified by the U.S. Patent and Trademark Office by (Serial Number / Registration Number) <u>77/924,076 / 3,948,912</u>, and **any and all** commercial goodwill, rights to use and other attendant rights associated with the mark to Ms. Lara Pearson, the receiver of Righthaven LLC's intellectual property assets appointed pursuant to an order entered by the U.S. District Court for the District of Nevada in *Righthaven v. Hoehn*, Case No. 2:11-cv-00050.

_____
(Signature)

_____
(Print Name)

State of _____ )
              ) SS:
County of _____ )

On this _____ day of _____, 201___, I witnessed _____ execute this agreement.

Signed: _____, Notary Public.  My commission expires:

(SEAL)