# Exhibit 3



**Lara Pearson <lara@rimonlaw.com>**

---

# Form Copyright assignments

---

**Lara Pearson <lara@rimonlaw.com>**                **Fri, Dec 23, 2011 at 12:42 PM**
To: shawn@manganolaw.com
Cc: Anthony Winbush <anthony.winbush@rimonlaw.com>

Dear Mr. Mangano:

I hope this finds you doing well.

As stated in my correspondence of yesterday (attached here as well for your convenience along with the trademark assignment form), by way of this e-mail I am providing you with two hundred and seventy eight (278) copyright assignments -- one for each of the works in which Righthaven has a registered copyright. **Please have Mr. Gibson execute each one of these copyright assignments before a notary and return the executed assignments to me by close of business on Friday, December 30, 2012**.

Also, please be advised that I intend to proceed with the auction of <righthaven.com> today. I will send you the press release announcing the auction once it goes live later this afternoon.

I have asked my assistant, Tony, to call you to confirm your receipt of my correspondence.

Please feel free to contact me with any questions.

Thank you.

Regards,


Lara Pearson

**Rimon, PC**
*Chief Sustainability Officer & Partner*
Ph: 775.833.1600 | Fax: 888.842.4492
Lara@rimonlaw.com | www.rimonlaw.com

See My Bio | Schedule a Meeting With Me

Read BrandGeek.net! | Join Rimon's LinkedIn Group

**Protecting the Brands that are Changing the World®**
Proud to be a Certified B Corporation® and a Certified
Green Business under the Keep the Sierra Green program.

If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this message from your inbox as well as any copies. Thank you

Please consider the environment before you print this e-mail

---

**4 attachments**

📄 **2011-12-22 Pearson - Mangano response.pdf**
3021K

**COPYRIGHT ASSIGNMENTS _278_.pdf**
874K

**2011-12-22 TM Assmt.pdf**
37K

**COPYRIGHT ASSIGNMENTS _278_.pdf**
874K

## COPYRIGHT ASSIGNMENT

I, Steven A. Gibson, an authorized representative of Righthaven LLC, acting with authority to bind the company, hereby assign **any and all** copyright rights owned by Righthaven LLC, **reserving and keeping none for itself**, in the work titled <u>$1 million wager on game approved,</u> bearing the Copyright Registration Number <u>TX0007138813</u> in the U.S. Copyright Office, to Ms. Lara Pearson, the receiver of Righthaven LLC's intellectual property assets appointed pursuant to an order entered on December 12, 2011, by the U.S. District Court for the District of Nevada in *Righthaven v. Hoehn*, Case No. 2:11-cv-00050.


_____

(Signature)

_____
                    Steven A. Gibson


State of NEVADA        )
                       ) SS:
County of CLARK        )


On this _____ day of December, 2011, I witnessed Steven A. Gibson execute this agreement.


Signed: _____, Notary Public.  My commission expires: _____


(SEAL)

## COPYRIGHT ASSIGNMENT

I, Steven A. Gibson, an authorized representative of Righthaven LLC, acting with authority to bind the company, hereby assign **any and all** copyright rights owned by Righthaven LLC, **reserving and keeping none for itself**, in the work titled  $180,000 In Benefits: Veteran admits defrauding VA. Las Vegas man pleads guilty to theft, unlawful wearing of Purple Heart.  bearing the Copyright Registration Number  TX0007313237  in the U.S. Copyright Office, to Ms. Lara Pearson, the receiver of Righthaven LLC's intellectual property assets appointed pursuant to an order entered on December 12, 2011, by the U.S. District Court for the District of Nevada in *Righthaven v. Hoehn*, Case No. 2:11-cv-00050.


_____
(Signature)

_____Steven A. Gibson_____


State of NEVADA          )
                         ) SS:
County of CLARK          )


On this _____ day of December, 2011, I witnessed Steven A. Gibson execute this agreement.


Signed: _____, Notary Public.  My commission expires: _____


(SEAL)

## COPYRIGHT ASSIGNMENT

I, Steven A. Gibson, an authorized representative of Righthaven LLC, acting with authority to bind the company, hereby assign **any and all** copyright rights owned by Righthaven LLC, **reserving and keeping none for itself**, in the work titled $4.7 million will make local center better click.  bearing the Copyright Registration Number  TX0007139268  in the U.S. Copyright Office, to Ms. Lara Pearson, the receiver of Righthaven LLC's intellectual property assets appointed pursuant to an order entered on December 12, 2011, by the U.S. District Court for the District of Nevada in *Righthaven v. Hoehn*, Case No. 2:11-cv-00050.

_____

(Signature)

_____Steven A. Gibson_____


State of NEVADA        )
                                         ) SS:
County of CLARK       )


On this _____ day of December, 2011, I witnessed Steven A. Gibson execute this agreement.


Signed: _____, Notary Public.  My commission expires: _____


(SEAL)

## COPYRIGHT ASSIGNMENT

I, Steven A. Gibson, an authorized representative of Righthaven LLC, acting with authority to bind the company, hereby assign **any and all** copyright rights owned by Righthaven LLC, **reserving and keeping none for itself**, in the work titled  49ers Both of these teams are coming off 11-14-10  bearing the Copyright Registration Number  TX0007422979  in the U.S. Copyright Office, to Ms. Lara Pearson, the receiver of Righthaven LLC's intellectual property assets appointed pursuant to an order entered on December 12, 2011, by the U.S. District Court for the District of Nevada in *Righthaven v. Hoehn*, Case No. 2:11-cv-00050.


_____
(Signature)

_____Steven A. Gibson_____


State of NEVADA      )
                     ) SS:
County of CLARK      )


On this _____ day of December, 2011, I witnessed Steven A. Gibson execute this agreement.


Signed: _____, Notary Public.  My commission expires: _____


(SEAL)

## COPYRIGHT ASSIGNMENT

I, Steven A. Gibson, an authorized representative of Righthaven LLC, acting with authority to bind the company, hereby assign **any and all** copyright rights owned by Righthaven LLC, **reserving and keeping none for itself**, in the work titled  AC/DC concerts still explosive. bearing the Copyright Registration Number  TX0007145865  in the U.S. Copyright Office, to Ms. Lara Pearson, the receiver of Righthaven LLC's intellectual property assets appointed pursuant to an order entered on December 12, 2011, by the U.S. District Court for the District of Nevada in *Righthaven v. Hoehn*, Case No. 2:11-cv-00050.


_____
(Signature)

_____Steven A. Gibson_____


State of NEVADA      )
                     ) SS:
County of CLARK      )


On this _____ day of December, 2011, I witnessed Steven A. Gibson execute this agreement.


Signed: _____, Notary Public.  My commission expires: _____


(SEAL)