# Exhibit 4



Lara Pearson <lara@rimonlaw.com>

## Form Copyright assignments

**Anthony Winbush <anthony.winbush@rimonlaw.com>**                    Fri, Dec 23, 2011 at 12:50 PM
To: Lara Pearson <lara@rimonlaw.com>

Lara,

I left Mr. Mangano a voice mail.  Please advise if you would like for me to make further contact regarding the same.

On Fri, Dec 23, 2011 at 12:42 PM, Lara Pearson <lara@rimonlaw.com> wrote:
> Dear Mr. Mangano:
>
> I hope this finds you doing well.
>
> As stated in my correspondence of yesterday (attached here as well for your convenience along with the trademark assignment form), by way of this e-mail I am providing you with two hundred and seventy eight (278) copyright assignments -- one for each of the works in which Righthaven has a registered copyright. **Please have Mr. Gibson execute each one of these copyright assignments before a notary and return the executed assignments to me by close of business on Friday, December 30, 2012**.
>
> Also, please be advised that I intend to proceed with the auction of <righthaven.com> today. I will send you the press release announcing the auction once it goes live later this afternoon.
>
> I have asked my assistant, Tony, to call you to confirm your receipt of my correspondence.
>
> Please feel free to contact me with any questions.
>
> Thank you.
>
> Regards,
>
>
> Lara Pearson
>
> **Rimon**, PC
> *Chief Sustainability Officer & Partner*
> Ph: 775.833.1600 | Fax: 888.842.4492
> Lara@rimonlaw.com | www.rimonlaw.com
>
> See My Bio | Schedule a Meeting With Me
>
> Read BrandGeek.net! | Join Rimon's LinkedIn Group
>
> **Protecting the Brands that are Changing the World®**
> Proud to be a Certified B Corporation® and a Certified
> Green Business under the Keep the Sierra Green program.
>
> If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this message from your inbox as well as any copies. Thank you
>
> Please consider the environment before you print this e-mail

--
Best regards,

Anthony Winbush

**Rimon,** PC
*Law Firm Evolved*

Menlo Park | New York | Palo Alto | San Francisco | Tel Aviv | Tysons Corner | Washington DC

220 Sansome Street, Suite 310, San Francisco, California 94104
Ph: 415.683.5472, ext. 222 | Mobile: 510.512.0115 | Fax: 800.930.7271
anthony.winbush@rimonlaw.com | www.rimonlaw.com

Follow Rimon on Twitter | Join Rimon's LinkedIn Group | Read Rimon's Blog

This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this message from your inbox as well as any copies. Thank you