# Exhibit 5



Lara Pearson <lara@rimonlaw.com>

## Update on auction of <righthaven.com>

**Lara Pearson <lara@rimonlaw.com>**  **Mon, Dec 26, 2011 at 5:34 PM**
To: shawn@manganolaw.com, Marc John Randazza <mjr@randazza.com>

Dear Mr. Magano and Mr. Randazza:

Please be advised that the auction of <righthaven.com> began today. Attached is the FINAL version of the press release regarding this auction (including a link to the auction itself), which I will now send out to the press. Michele at Snapnames will provide all of us the call-in info for the call at 9:00 PST / noon EST tomorrow regarding the logistics of the auction. Please feel free to join us on that call.

As always, please feel free to contact me with any questions.

Warm regards,

Lara Pearson

**Rimon, PC**
*Chief Sustainability Officer & Partner*
Ph: 775.833.1600 | Fax: 888.842.4492
Lara@rimonlaw.com | www.rimonlaw.com

See My Bio | Schedule a Meeting With Me

Read BrandGeek.net! | Join Rimon's LinkedIn Group

**Protecting the Brands that are Changing the World®**
Proud to be a Certified B Corporation® and a Certified
Green Business under the Keep the Sierra Green program.

If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this message from your inbox as well as any copies. Thank you

Please consider the environment before you print this e-mail

[Quoted text hidden]

 **FINAL Righthaven.com auction press release.pdf**
2388K



Lara Pearson <lara@rimonlaw.com>

# URGENT: Auction of <righthaven.com> to commence at 12:00 a.m.

**Lara Pearson <lara@rimonlaw.com>**  Mon, Dec 26, 2011 at 11:45 AM
To: shawn@manganolaw.com, Marc John Randazza <mjr@randazza.com>

Greetings Shawn and Marc:

I hope you each had an enjoyable holiday weekend.

Attached is the press release I will be issuing to the media regarding the auction of <righthaven.com>. As stated in the release, the auction commences at 12:00 a.m. EST on 12/27/2011 (9:00 pm PST tonight) and runs through 3:15 pm EST on Friday 01/06/2012.

Please let me know if you have any questions about this auction, or the transfer of Righthaven's other tangible and intangible assets. Thank you.

Warm regards,

Lara Pearson

**Rimon, PC**
*Chief Sustainability Officer & Partner*
Ph: 775.833.1600 | Fax: 888.842.4492
Lara@rimonlaw.com | www.rimonlaw.com

See My Bio | Schedule a Meeting With Me

Read BrandGeek.net! | Join Rimon's LinkedIn Group

**Protecting the Brands that are Changing the World®**
Proud to be a Certified B Corporation® and a Certified
Green Business under the Keep the Sierra Green program.

If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this message from your inbox as well as any copies. Thank you

Please consider the environment before you print this e-mail

📄 **2011-12-27 Righthaven.com auction.pdf**
2390K