# Exhibit 7



Lara Pearson <lara@rimonlaw.com>

## Form Copyright assignments

**Anthony Winbush <anthony.winbush@rimonlaw.com>**                    Tue, Dec 27, 2011 at 10:10 AM
To: Lara Pearson <lara@rimonlaw.com>

> Lara,
>
> Left another v/m for Mr. Mangano at 702-304-0432 (10:08AM PST)
>
> On Tue, Dec 27, 2011 at 10:02 AM, Lara Pearson <lara@rimonlaw.com> wrote:
>> Dear Mr. Mangano:
>>
>> I hope this finds you doing well after an enjoyable long holiday weekend.
>>
>> I am concerned by your lack of response to my e-mails, especially since none of them have bounced back to me.
>>
>> As stated in my correspondence of December 22, 2011 and December 23, 2011 (forwarded here). I have provided you with a trademark assignment for the RIGHTHAVEN service mark along with 278 individual copyright assignments for the works registered by Righthaven with the U.S. Copyright Office (assignments attached here as well for your convenience). I have made it as simple as possible for you to complete the court ordered transfer of Righthaven's intellectual property assets, yet it appears that you have not yet taken any action to comply with the court order.
>>
>> **Please have Mr. Gibson execute each one of these copyright assignments before a notary and return the executed assignments to me by close of business on Friday, December 30, 2012**.
>>
>> I asked my assistant, Tony, to call you again today to confirm your receipt of this and my previous correspondence and v-mails.
>>
>> Please feel free to contact me with any questions.
>>
>> Thank you.
>>
>> Regards,
>>
>> Lara Pearson
>>
>> **Rimon, PC**
>> *Chief Sustainability Officer & Partner*
>> Ph: 775.833.1600 | Fax: 888.842.4492
>> Lara@rimonlaw.com | www.rimonlaw.com
>>
>> See My Bio | Schedule a Meeting With Me
>>
>> Read BrandGeek.net! | Join Rimon's LinkedIn Group
>>
>> **Protecting the Brands that are Changing the World®**
>> Proud to be a Certified B Corporation® and a Certified
>> Green Business under the Keep the Sierra Green program.
>>
>> If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this

message from your inbox as well as any copies. Thank you

Please consider the environment before you print this e-mail

---------- Forwarded message ----------
From: **Lara Pearson** <lara@rimonlaw.com>
Date: Fri, Dec 23, 2011 at 12:42 PM
Subject: Form Copyright assignments
To: shawn@manganolaw.com
Cc: Anthony Winbush <anthony.winbush@rimonlaw.com>

Dear Mr. Mangano:

I hope this finds you doing well.

As stated in my correspondence of yesterday (attached here as well for your convenience along with the trademark assignment form), by way of this e-mail I am providing you with two hundred and seventy eight (278) copyright assignments -- one for each of the works in which Righthaven has a registered copyright. **Please have Mr. Gibson execute each one of these copyright assignments before a notary and return the executed assignments to me by close of business on Friday, December 30, 2012**.

Also, please be advised that I intend to proceed with the auction of <righthaven.com> today. I will send you the press release announcing the auction once it goes live later this afternoon.

I have asked my assistant, Tony, to call you to confirm your receipt of my correspondence.

Please feel free to contact me with any questions.

Thank you.

Regards,

Lara Pearson

**Rimon**, PC
*Chief Sustainability Officer & Partner*
Ph: 775.833.1600 | Fax: 888.842.4492
Lara@rimonlaw.com | www.rimonlaw.com

See My Bio | Schedule a Meeting With Me

Read BrandGeek.net! | Join Rimon's LinkedIn Group

**Protecting the Brands that are Changing the World®**
Proud to be a Certified B Corporation® and a Certified
Green Business under the Keep the Sierra Green program.

If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this message from your inbox as well as any copies. Thank you

Please consider the environment before you print this e-mail

--
Best regards,

Anthony Winbush

**Rimon, PC**
*Law Firm Evolved*

Menlo Park | New York | Palo Alto | San Francisco | Tel Aviv | Tysons Corner | Washington DC

220 Sansome Street, Suite 310, San Francisco, California 94104
Ph: 415.683.5472, ext. 222 | Mobile: 510.512.0115 | Fax: 800.930.7271
anthony.winbush@rimonlaw.com | www.rimonlaw.com

Follow Rimon on Twitter | Join Rimon's LinkedIn Group | Read Rimon's Blog

This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) or call 800-930-7271, and then please delete this message from your inbox as well as any copies. Thank you