Exhibit 8



**Lara Pearson <lara@rimonlaw.com>**

# URGENT: Auction of <righthaven.com> to commence at 12:00 a.m.

**Michele Van Tilborg <michelev@snapnames.com>**  **Tue, Dec 27, 2011 at 7:23 AM**
To: Lara Pearson <lara@rimonlaw.com>
Cc: shawn@manganolaw.com, mjr@randazza.com

Good morning,

For the call at noon ET/ 9 PT.

1 (800) 511-8018; Access: 105-1043

Best Regards,

Michele Van Tilborg

Director of Product Marketing

Moniker & SnapNames

954.861.3534

**From:** Lara Pearson [mailto:lara@rimonlaw.com]
**Sent:** Monday, December 26, 2011 8:14 PM
**To:** Michele Van Tilborg
**Cc:** shawn@manganolaw.com; mjr@randazza.com
**Subject:** Re: Fwd: URGENT: Auction of <righthaven.com> to commence at 12:00 a.m.

Thanks!

Lara Pearson

**Rimon**, PC
*Chief Sustainability Officer & Partner*
Ph: 775.833.1600 | Fax: 888.842.4492
Lara@rimonlaw.com | www.rimonlaw.com

See My Bio | Schedule a Meeting With Me