Lara Pearson (Nev. Bar No. 7132)
Lara@Rimonlaw.com
RIMON, P.C.
PMB 405, 774 Mays Blvd. # 10
Incline Village, NV 89451
tel.:   775-833-1600
fax:   888-842-4492
rimonlaw.com

Receiver for Righthaven, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> WAYNE HOEHN, an individual, <br><br> Defendant. | Case No. 2:11-cv-00050 <br><br> **NOTICE OF DISTRIBUTION OF FUNDS FROM DOMAIN NAME AUCTION** |

On November 14, 2011 Defendant Wayne Hoehn (Hoehn) filed a Motion for Appointment of Receiver and Compelled Assignment of Intellectual Property (the Motion). (Doc. # 62.) On December 12, 2011, the Court granted the unopposed Motion. (Doc. # 66.) Under my authority as Receiver, I commenced a domain name auction of <Righthaven.com> on December 26, 2011, which auction ended at 12:15 P.S.T. today. The domain name was auctioned for $3,300.00. (Pearson Decl. Exh A). The funds shall be distributed as follows:

1. 10% to Snapnames as their fee
2. 10% to the Receiver as her fee
3. Remainder to secured creditors in order of priority
4. Remainder to unsecured creditors in order in which their claims were made to the Receiver.

///

///

Respectfully submitted,

By:_____
   Lara Pearson
   PMB 405, 774 Mays Blvd. # 10
   Incline Village, NV 89451
   tel.:    775-833-1600
   fax:    888-842-4492

Receiver for Righthaven, LLC

CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was served on this 5th day of January, 2012 via e-mail (by prior consent) to Righthaven's counsel, Shawn Magano at Shawn@maganolaw.com and Mr. Wayne Hoehn's counsel, Marc Randazza at mjr@randazza.com.

By:
_____
Lara Pearson, Esq.