Lara Pearson (Nev. Bar No. 7132)
Lara@Rimonlaw.com
RIMON, P.C.
PMB 405, 774 Mays Blvd. # 10
Incline Village, NV 89451
tel.:    775-833-1600
fax:    888-842-4492
rimonlaw.com

Receiver for Righthaven, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WAYNE HOEHN, an individual,<br><br>　　　　　　　Defendant. | Case No. 2:11-cv-00050<br><br>**NOTICE OF FUNDS DISBURSEMENT FROM DOMAIN NAME AUCTION** |

On November 14, 2011 Defendant Wayne Hoehn (Hoehn) filed a Motion for Appointment of Receiver and Compelled Assignment of Intellectual Property (the Motion). (Doc. # 62.) On December 12, 2011, the Court granted the unopposed Motion. (Doc. # 66.) Under my authority as Receiver, I commenced a domain name auction of <Righthaven.com> on December 26, 2011, which auction ended at 12:15 P.S.T. on January 6, 2012. The domain name was auctioned for $3,300.00. (Pearson Decl. Exh A). The funds have been disbursed follows:

1.  10% to Snapnames as its fee ($330.00)
2.  10% to the Receiver as her fee ($330.00)
3.  Remainder to secured creditors in order of priority
    (Wayne Hoehn $2,406.00)
4.  Remainder to unsecured creditors in order in which their
    claims were made to the Receiver (none).

///

- 1 -

Respectfully submitted,

By:_____
Lara Pearson
PMB 405, 774 Mays Blvd. # 10
Incline Village, NV 89451
tel.:      775-833-1600
fax:      888-842-4492

Receiver for Righthaven, LLC

CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was served on this 8th day of February, 2012 via e-mail (by prior consent) to Righthaven's counsel, Shawn Magano at Shawn@maganolaw.com and Mr. Wayne Hoehn's counsel, Marc Randazza at mjr@randazza.com.

By:
_____
Lara Pearson, Esq.