UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIGHTHAVEN, LLC a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE HOEHN,<br><br>Defendant. | 2:11-cv-00050-PMP-RJJ<br><br>**ORDER** |

Having read and considered Plaintiff Righthaven's Motion to Quash Writ of Execution (Doc. #76) filed January 9, 2012, and Defendant's Response thereto (Doc. #80) file January 26, 2012, and finding that the Writ of Execution (Doc. #59) entered by the Clerk of Court on November 1, 2011 should be amended to provide for execution only on the judgment in the amount of $34, 045.50 entered by this Court on August 15, 2011 (Doc. #44), and good cause appearing,

**IT IS ORDERED** that Plaintiff Righthaven's Motion to Quash Writ of Execution (Doc. #76) is **DENIED**.

**IT IS FURTHER ORDERED** that the Writ of Execution (Doc. #59) entered by the Clerk of Court on November 1, 2011 is hereby amended to provide for execution on the Judgment entered by this Court (Doc. #44) on August 15, 2011 in the amount of $34, 045.50.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith enter and amended writ of execution in conformance with this Order.

DATED: February 21, 2012.

                                          _____
                                          PHILIP M. PRO
                                          United States District Judge