UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIGHTHAVEN, LLC a Nevada limited liability company, | 2:11-cv-00050-PMP-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| WAYNE HOEHN, | |
| Defendant. | |

Before the Court for consideration is Defendant's Motion for Contempt (Doc. #69) filed December 30, 2011. Defendant's Motion is brought specifically against Righthaven for its "non-compliance with this Court's December 12, 2011 Order granting a debtor's examination" (Doc. #67). A review of the Court's file, however, shows that the Judgment Debtor Examination ordered by the Honorable Robert J. Johnston, United States Magistrate Judge (Doc. #67) on December 12, 2011 was in fact accomplished on January 9, 2012 . (Doc. #77).

**IT IS THEREFORE ORDERED** that Defendant's Motion for Contempt (Doc. #69) is **DENIED**.

DATED: February 21, 2012.

_____
PHILIP M. PRO
United States District Judge