1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                           * * *
                                        )
9   RIGHTHAVEN LLC, a Nevada limited-    )
    liability company,                   )
10                                       )
                    Plaintiff,           )
11                                       )       2:11-CV-00050-PMP-RJJ
    v.                                   )
12                                       )       ORDER TRANSFERRING
    WAYNE HOEHN, an individual,          )       INTELLECTUAL PROPERTY TO
13                                       )       RECEIVER LARA PEARSON
                    Defendant.           )
14  _____ )

15                              **<u>ORDER</u>**

16          Pursuant to this Court's Oral Order during the March 5, 2012 hearing on

17  Defendant Wayne Hoehn's ("Hoehn['s]") Motion for Writ of Body Attachment (Doc. # 68),

18  this Court hereby orders the transfer of all of Righthaven's intellectual property and

19  intangible property to the Receiver appointed in this case, Lara Pearson (the "Receiver"), in

20  order to give effect to this Court's December 12, 2011 Order requiring Righthaven to

21  transfer its intellectual property to the Receiver for auction.  (Docs. # 62, 66.)

22          On June 20, 2011, this Court dismissed Righthaven's copyright infringement

23  action against Hoehn.  (Doc. # 28.)  Following the Court's dismissal of Righthaven's case,

24  Hoehn was awarded attorneys' fees and costs in the amount of $34,045.50.  (Doc. # 43.)

25  Righthaven appealed this decision to the Ninth Circuit Court of Appeals.  (Doc. # 45.)

26  However, Righthaven refused to post a supersedeas bond for $34,045.50 as required by

Fed. R. Civ. P. 62(d) in order to stay Hoehn's enforcement of his judgment. (Doc. # 56.) Righthaven's requests for relief before this Court, as well as its two emergency motions before the Ninth Circuit Court of Appeals seeking relief from Hoehn's enforcement efforts, were denied. (Docs. # 56, 57, 78.)

In connection with the Defendant's judgment enforcement efforts, the Court appointed the Receiver to, among other things, seize the copyrights assigned to Righthaven by various entities (the "Copyrights"), as well as its trademarks and other intangible property, so that they could be sold at auction. (Doc. # 62, 66.) Despite the Receiver's efforts, Righthaven has not transferred its intellectual property. (Docs. # 70, 81, 82.) The only property that the Receiver has been able to obtain and auction is Righthaven's former domain name, <righthaven.com>, which was sold for more than $3,000 in a commercially reasonable auction (Docs. # 81, 82).

Based on the evidence submitted to the court by the Receiver (Docs. # 70, 82), Righthaven has failed to substantively participate in the orderly disposition and sale of its intangible assets as ordered on December 12, 2011. (Doc. # 66.) Moreover, Righthaven failed to appear at the originally scheduled January 5, 2012 debtor examination in this case, (Doc. # 71), and failed to appear at the March 5, 2012 hearing giving rise to this Order. (Doc. # 88.)

In light of Righthaven's lack of participation in these proceedings, and Hoehn's entitlement to relief (Docs. # 62, 66), this Court concludes it is appropriate to transfer such rights as Righthaven may still hold in Righthaven's intellectual property to the Receiver, Lara Pearson. The Court deems Righthaven's conduct in this case to constitute its consent to this Order. With respect to Righthaven's copyrights, the Court is empowered to accord this relief under 17 U.S.C. § 201(d)(1), which provides in relevant part that:

> The ownership of a copyright may be transferred in whole or in part by any means of conveyance or by *operation of law* (emphasis added).

This Court acknowledges that there is a dispute over what intellectual property rights Righthaven actually possesses.  Nonetheless, the Court may use its powers under 17 U.S.C. § 201(d)(1) to transfer Righthaven's copyright rights, whatever they are deemed to be, to the Receiver for auction pursuant to the Court's December 12, 2011 order (Doc. # 66).  While Righthaven has argued now that it does not have more than the bare right to sue, as this Court previously held, Righthaven does possess copyright registrations that can be assigned by operation of law.  The copyright registrations to more than 275 works are in Righthaven's name, can be transferred by this Court, and can then be auctioned by the Receiver.

By operation of law as contemplated in 17 U.S.C. § 201(d)(1), this Court orders the transfer of any and all rights held by Righthaven LLC in each and every of the 278 works Righthaven LLC has registered with the U.S. Copyright Office as specified below, to the Receiver, Lara Pearson, in her capacity as receiver:

Any and all rights held by Righthaven LLC in the work titled <u>$1 million wager on game approved</u>, bearing the Registration Number TX0007138813 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>$180,000 In Benefits: Veteran admits defrauding VA. Las Vegas man pleads guilty to theft, unlawful wearing of Purple Heart</u>, bearing the Registration Number TX0007313237 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>$4.7 million will make local center better click</u>, bearing the Registration Number TX0007139268 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>49ers Both of these teams are coming off 11-14-10</u>, bearing the Registration Number TX0007422979 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>AC/DC concerts still explosive</u>, bearing the Registration Number TX0007145865 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>ACORN misconduct trial stalls yet again</u>, probably well into 2011, bearing the Registration Number TX0007324693 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Acrylic furnishings bring functional art into the home</u>, bearing the Registration Number TX0007324345 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Affidavit alleges detective bought marijuana from man officer killed</u>, bearing the Registration Number TX0007319741 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Affidavit errors raise questions. 21-year-old killed in raid did not have long arrest record</u>, bearing the Registration Number TX0007319967 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>After the</u>

4

collectivist Winter will come the Spring, bearing the Registration Number TX0007189413 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Agency: Beware of Net gaming. Control board warns licensees to stay away from sites taking bets, bearing the Registration Number TX0007178016 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Agency seeks damages from failed bank's officials, bearing the Registration Number TX0007139250 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all Rights held by Righthaven LLC in the work titled Agent cracks Hells Angels - Undercover officer one of few to get into biker gang, bearing the Registration Number TX0007169383 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Alford fights Mountain West curse, bearing the Registration Number TX0007122482 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Allegiant workers seek union vote, bearing the Registration Number TX0007324618 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled All's fair in Super Bowl prop bets, bearing the Registration Number TX0007095269 in the U.S. Copyright

Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>AM Talk Station Expands to FM Band</u>, bearing the Registration Number TX0007313245 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Analysis Thank Ohio University for this play 11-17-10</u>, bearing the Registration Number TX0007433570 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Angle: Reid's clout misguided. Challenger describes what junior senators can do…</u>, bearing the Registration Number TX0007313162 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Aria unveils high-limit poker room named for champion player Phil Ivey</u>, bearing the Registration Number TX0007274322 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>As the wind blows.</u>, bearing the Registration Number TX0007313101 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Ashjian admits he was registered Republican when he filed Tea Party candidacy</u>, bearing the Registration Number TX0007161075 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Ask the tyrants why they're opposed</u>, bearing the Registration Number TX0007190324 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Attitudes toward foreclosure changing</u>, bearing the Registration Number TX0007159682 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Avoiding the Issues</u>, bearing the Registration Number TX0007173599 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all Rights held by Righthaven LLC in the work titled <u>BEARS Yep, one week after cashing in big r1-16-11</u>, bearing the Registration Number TX0007379961 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Beretta's Xplor shotgun a work of art</u>, bearing the Registration Number TX0007328061 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Beyond the Fame.</u>, bearing the Registration Number TX0007125680 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Bill would exempt Nevada from presidential authority</u>, bearing the Registration Number TX0007258348 in the

U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Bill would help regulators better enforce safety rules</u>, bearing the Registration Number TX0007145877 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Billionaire John Paulson now second-largest MGM Mirage shareholder</u>, bearing the Registration Number TX0007161068 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Board may work to curb deals</u>, bearing the Registration Number TX0007145870 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Books waffle on Tiger, like the rest of us</u>, bearing the Registration Number TX0007161313 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Boyd joins opposition to Station's reorganization plans, bearing the Registration Number TX0007161064 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Brothel to get the bucks</u>, bearing the Registration Number TX0007124597 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Browns Damn right</u> <u>I'm backing Cleveland 11-14-10</u>, bearing the Registration Number TX0007422962 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Business groups set</u> <u>to greet president</u>, bearing the Registration Number TX0007272548 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>BYU playing in the</u> <u>New Mexico Bowl isn't exactly exciting for Cougar fans. 12-18-10</u>, bearing the Registration Number TX0007378610 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Casino bandit's feat</u> <u>may chip away at gamblers' secrecy</u>, bearing the Registration Number TX0007324665 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Casinos prep to</u> <u>pounce</u>, bearing the Registration Number TX0007174431 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Casinos report first</u> <u>double-digit increase since July 2007</u>, bearing the Registration Number TX0007161082 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Chamber president</u>

Crosson dies at 61, bearing the Registration Number TX0007381120 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Change sought for concealed weapons permits, bearing the Registration Number TX0007321249 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Charges possible in shooting, bearing the Registration Number TX0007250658 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Charlotte zings Reid from beyond the grave, bearing the Registration Number TX0007313248 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Citing cooperation in trial, judge gives man probation in tax case, bearing the Registration Number TX0007190931 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled CityCenter says it has cut amount of mechanics' liens, bearing the Registration Number TX0007324351 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Commissioners grant special use permit, variance for Spring Valley wind farm, bearing the Registration Number TX0007125687 in the U.S. Copyright Office, are assigned in full to Lara Pearson,

as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Comparing, contrasting Southern Nevada train proposals --Getting from here to California depends on many factors</u>, bearing the Registration Number TX0007321228 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Conservatives already getting nasty in drive to unseat Reid</u>, bearing the Registration Number TX0007151827 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Continuing health care nightmare. Repeal of ObamaCare can't come fast enough</u>, bearing the Registration Number TX0007321409 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Cooling technique improves odds of survival in cardiac arrests</u>, bearing the Registration Number TX0007310734 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Court reprimands lawyer over misleading ads.</u>, bearing the Registration Number TX0007162783 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Criticized by White, Koscheck fires back</u>, bearing the Registration Number TX0007177958 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Crooks watch social networks, so protect yourself</u>, bearing the Registration Number TX0007159676 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Dealer calls golfer 'one loose cannon'</u>, bearing the Registration Number TX0007324653 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Debt thick, goodbye nic</u>, bearing the Registration Number TX0007138056 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Demanding horse owners keep heat on trainers</u>, bearing the Registration Number TX0007139356 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Dion plans 'extraordinary' song mix</u>, bearing the Registration Number TX0007272503 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Dipak Desai files bankruptcy</u>, bearing the Registration Number TX0007138906 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Do You Feel The Need... Shelby soups up muscle cars at speed shop</u>, bearing the Registration Number

TX0007321257 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Don't upset the unions --or else, bearing the Registration Number TX0007272492 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Driver arraigned in double fatality, bearing the Registration Number TX0007156393 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Duel': Perpetually dissatisfied characters fill adaption of Chekhov novella, bearing the Registration Number TX0007324364 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Eagles conjure past, present, bearing the Registration Number TX0007156387 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Earth hour, bearing the Registration Number TX0007145882 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Eating their own, bearing the Registration Number TX0007171964 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Ebony Amateurs Vegas Edition #10</u>, bearing the Registration Number PA0001706589 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Ebony Princess #3</u>, bearing the Registration Number PA0001706644 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Economic worries taking toll in recent deaths. Victiums' families blame financial stress</u>, bearing the Registration Number TX0007321069 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Employers may face higher penalties. Federal, state fines aimed at strengthening saftey efforts.</u>, bearing the Registration Number TX0007319928 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Empty offices dot landscape in Las Vegas</u>, bearing the Registration Number TX0007171974 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Engineer called a hero</u>, bearing the Registration Number TX0007381142 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

14

Any and all rights held by Righthaven LLC in the work titled <u>Ensign pays staff legal bills in ethics probe</u>, bearing the Registration Number TX0007324329 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Eve, The Nightclub, at CityCenter inspired by actress Eva Longoria Parker</u>, bearing the Registration Number TX0007153919 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Ex-manager sues entertainer, claiming coercion</u>, bearing the Registration Number TX0007153190 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Exxon Valdez oil risks spur warning for gulf cleanup crews</u>, bearing the Registration Number TX0007171971 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Faith makes fruits, vegetables sprout on five acres</u>, bearing the Registration Number TX0007319976 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Finding winners among penny stocks can be tricky</u>, bearing the Registration Number TX0007392782 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Florida woman suing over Monte Carlo fire</u>, bearing the Registration Number TX0007125673 in the U.S.

Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>For many in Nevada, dial-up is the only way to go</u>, bearing the Registration Number TX0007324682 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Former girlfriend of convicted skinhead still on mind of FBI</u>, bearing the Registration Number TX0007324356 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Former mayor lends name to new Ron's Steakhouse</u>, bearing the Registration Number TX0007392776 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Four accused of extorting money from kiosk operators</u>, bearing the Registration Number TX0007171961 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Free-fallin' Longhorns not worth backing</u>, bearing the Registration Number TX0007161309 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Free speech defense used in Stolen Valor case</u>, bearing the Registration Number TX0007258345 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>FX's manly man shows hold outsider appeal.</u>, bearing the Registration Number TX0007321237 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Good comes from worlds colliding</u>, bearing the Registration Number TX0007164434 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Goodell could be bad guy to books</u>, bearing the Registration Number TX0007392720 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Governor open to reducing mining's tax deductions.</u>, bearing the Registration Number TX0007174434 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Grand opening at Red Rock visitors center set for today.</u>, bearing the Registration Number TX0007272499 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Green jobs.</u>, bearing the Registration Number TX0007326946 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Grief-stricken receive emotional first aid</u>, bearing the Registration Number TX0007272513 in the U.S.

Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Group changes stance on Net bets</u>, bearing the Registration Number TX0007145876 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Halt sought to mining petition</u>, bearing the Registration Number TX0007174429 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Harrah's cuts $1 billion.</u>, bearing the Registration Number TX0007153205 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Harrah's Planet of possibilities</u>, bearing the Registration Number TX0007138915 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Hate list of directors who act</u>, bearing the Registration Number TX0007324688 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Hawks 11-10-10.</u>, bearing the Registration Number TX0007420818 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Head of Asian American Group gets politicians' attention</u>, bearing the Registration Number TX0007313196 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Heat 'superteam' ignites action in sports books</u>, bearing the Registration Number TX0007321196 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Heller targets national monument designations</u>, bearing the Registration Number TX0007139262 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Hey, stop texting and focus! Unplugging may yield peace</u>, bearing the Registration Number TX0007324348 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>High-profile drug case prosecutor Schubert arrested on cocaine charge.</u>, bearing the Registration Number TX0007398415 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Home sales finish strong in '09. Transactions rise 37 percent in December; inventory falls below 20,000.</u>, bearing the Registration Number TX0007120555 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Home sales</u>

improve in April, bearing the Registration Number TX0007159473 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Hoover Dam bypass traffic faces bottleneck along U.S. Highway 93., bearing the Registration Number TX0007321407 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Hospital singer strikes chord with patients feeling down., bearing the Registration Number TX0007381140 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Housing-help agency now seeks workers, bearing the Registration Number TX0007178035 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled How can Hispanics be Republican? GOP blocking immigration reform, senator tells Latinos, bearing the Registration Number TX0007321064 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Hundreds of pot charges filed in 2009, bearing the Registration Number TX0007161250 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Hunting conventions on deck this winter, bearing the Registration Number TX0007125675 in the

U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Idol' finalists keep busy in Las Vegas</u>, bearing the Registration Number TX0007159695 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>In lawsuit, Drudge accused of using illustration illegally</u>, bearing the Registration Number TX0007324671 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Incompetence catches Obama. Can't fake leadership</u>, bearing the Registration Number TX0007319987 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Incredible, vanishing greenback</u>, bearing the Registration Number TX0007272529 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Indictments in hepatitis case sought</u>, bearing the Registration Number TX0007313181 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>IRS targets strip clubs, taxis over bonuses</u>, bearing the Registration Number TX0007145863 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Isle of Capri could</u> <u>run casinos</u>, bearing the Registration Number TX0007125681 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>It's not your dad's</u> <u>Cosa Nostra in Las Vegas anymore</u>, bearing the Registration Number TX0007177938 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>It's the jobs stupid</u>, bearing the Registration Number TX0007321058 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Jabbawockeez</u> <u>dance troupe still cresting as show celebrates opening today</u>, bearing the Registration Number TX0007324674 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>John L. Smith:</u> <u>Ensign's troubles grow while Nevada Republicans stay quiet</u>, bearing the Registration Number TX0007120565 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Judge denies bail to</u> <u>suspects in two deaths</u>, bearing the Registration Number TX0007138900 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Judge refuses to</u> <u>lower bail for former police officer.</u>, bearing the Registration Number TX0007398505 in

22

the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>July deadline set for appeals in Yucca decision</u>, bearing the Registration Number TX0007182396 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Korn tunes unique in metal canon</u>, bearing the Registration Number TX0007173601 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all Rights held by Righthaven LLC in the work titled <u>Kowalski seeks rematch while broken arm heals</u>, bearing the Registration Number TX0007139272 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Kyle Busch backers feel right at home</u>, bearing the Registration Number TX0007392705 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lake Las Vegas to leave bankruptcy in two months, official says</u>, bearing the Registration Number TX0007159691 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Las Vegas home builder indicted in mortgage.</u>, bearing the Registration Number TX0007324335 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Las Vegas home sales exceed foreclosures</u>, bearing the Registration Number TX0007139264 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Las Vegas returns to PBS pledge-drive spotlight</u>, bearing the Registration Number TX0007321243 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Las Vegas will host Libertarian convention</u>, bearing the Registration Number TX0007324375 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lawyer fights for his license in legal practice quagmire</u>, bearing the Registration Number TX0007178006 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lawyer presses for delay in trial of nurses connected to hepatitis C outbreak</u>, bearing the Registration Number TX0007392758 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Laying off workers still would cost taxpayers</u>, bearing the Registration Number TX0007138060 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Leading like a deer in headlights</u>, bearing the Registration Number TX0007392745 in the U.S. Copyright

Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Legislators to vet plan to cite uninsured drivers</u>, bearing the Registration Number TX0007272518 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Letter to the Tea Partyers</u>, bearing the Registration Number TX0007324724 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lie face-down and let yourself be cuffed?</u>, bearing the Registration Number TX0007285815 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lil performers see action in Las Vegas.</u>, bearing the Registration Number TX0007324371 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lines drawn over pot use.</u>, bearing the Registration Number TX0007161247 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lineup gamble propels Green Valley to victory</u>, bearing the Registration Number TX0007324392 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Longing for Britain's mess</u>, bearing the Registration Number TX0007159686 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Longtime voice of UNLV among six-member class</u>, bearing the Registration Number TX0007171970 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Loony Rooney off base on gaming</u>, bearing the Registration Number TX0007170332 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lowden leads GOP pack</u>, bearing the Registration Number TX0007151835 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Lowden leads Republican pack</u>, bearing the Registration Number TX0007272480 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>LV lawyers leave their mark on 'The Defenders'</u>, bearing the Registration Number TX0007321198 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>LV officer at Costco recorded in 911call. Officials says police shout at victim: 'Get on the ground'</u>,

bearing the Registration Number TX0007313208 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>LV workers earn more than before recession, data show</u>, bearing the Registration Number TX0007182393 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Man faces choice: Admit guilt in boy's death or lose parental rights</u>, bearing the Registration Number TX0007392778 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Man killed by police in Costco shooting remembered at memorial. Erik Scott's family, friends also express anger over shooting by police</u>, bearing the Registration Number TX0007320275 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Man who killed wife sought ultimate sentence.</u>, bearing the Registration Number TX0007182385 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>March to book begins.</u>, bearing the Registration Number TX0007120559 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Marijuana as medicine</u>, bearing the Registration Number TX0007095275 in the U.S. Copyright Office,

are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Massage parlor loses license after prostitution arrests</u>, bearing the Registration Number TX0007313123 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Mattress embodies comfort. Sealy simplifies language to make purchase decision easier.</u>, bearing the Registration Number TX0007313262 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Mayor's remarks stir backlash</u>, bearing the Registration Number TX0007138831 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>MGM Mirage asks shareholders to allow name change</u>, bearing the Registration Number TX0007161065 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Millennium Scholarship fund short $4.2 million for 2011, treasurer says</u>, bearing the Registration Number TX0007161077 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Misdemeanor violations leading to deportations</u>, bearing the Registration Number TX0007181503 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven

LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Mosley at peace as battle nears</u>, bearing the Registration Number TX0007161066 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Mountain West Men's Tournament capsules</u>, bearing the Registration Number TX0007161317 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>National monuments memo cited</u>, bearing the Registration Number TX0007130503 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Nevada books win 8 percent as handle rises</u>, bearing the Registration Number TX0007138807 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Nevada Conservatory Theater suffers loss from theft</u>, bearing the Registration Number TX0007171981 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Nevada homeowners could get help from federal funding</u>, bearing the Registration Number TX0007173605 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Nevadans agree</u>

with court on gun ownership, bearing the Registration Number TX0007319983 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Newspaper endorsement an educated decision, not a science, bearing the Registration Number TX0007324427 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled NLV Fire Department seeks more ambulance duties to save jobs, bearing the Registration Number TX0007138058 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled No more birds die overnight from Friday fire at sanctuary, bearing the Registration Number TX0007145878 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled No new taxes, even on the wages of sin, bearing the Registration Number TX0007258350 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled NORM: Real World' back in Las Vegas, bearing the Registration Number TX0007321401 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Now the real battle begins, bearing the Registration Number TX0007181515 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC

retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>NV Energy's plan for future power gets early approval. Official notes areas of concern for smart-meter system</u>, bearing the Registration Number TX0007191914 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Obama's visit just bounced off Reid</u>, bearing the Registration Number TX0007272508 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Oddsmakers wary of siding with favored Mountain West teams</u>, bearing the Registration Number TX0007258359 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Oh, brother: Wildcats cruise</u>, bearing the Registration Number TX0007258351 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>On the Hunter</u>, bearing the Registration Number TX0007258354 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>OREGON Let's go over some undisputed facts. 01-10-11</u>, bearing the Registration Number TX0007379964 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Over the total</u> <u>Michigan is going to score points 11-13-10</u>, bearing the Registration Number TX0007417815 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Owners Get</u> <u>Approval for Moulin Rouge demolition. Preservation panels OKs demolition over</u> <u>opponent's objections</u>, bearing the Registration Number TX0007324321 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Paterno loses his</u> <u>glasses</u>, bearing the Registration Number TX0007326977 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Pawn Power.</u> <u>Popular reality show makes local shop a tourist hot spot</u>, bearing the Registration Number TX0007319838 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Penniless</u> <u>California ponders Internet poker</u>, bearing the Registration Number TX0007326952 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Perfect 10/10/10:</u> <u>Pastor expects one of the busiest wedding days of the year. Triple-repeating date offers</u> <u>third to last chance for couples</u>, bearing the Registration Number TX0007324358 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Plea deal for priest</u> <u>accused of theft confounds, confuses</u>, bearing the Registration Number TX0007324398 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Police detective</u> <u>who shot, killed man ID'd. Man made a 'furtive movement,' LV authorities say</u>, bearing the Registration Number TX0007182380 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Possible loan from</u> <u>China bank keeps high-speed rail plan alive</u>, bearing the Registration Number TX0007138063 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Power from the</u> <u>waste up. NV Energy plant repurposes heat from natural-gas compression to yield energy</u>, bearing the Registration Number TX0007190960 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Prehistoric rock art</u> <u>marred. Graffiti sprayed on three panels, one with petroglyph</u>, bearing the Registration Number TX0007324382 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>President: we're</u> <u>'moving forward'</u>, bearing the Registration Number TX0007310719 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Principal and another school employee face drug charges</u>, bearing the Registration Number TX0007319896 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Process server's office manager sought in false affidavits case</u>, bearing the Registration Number TX0007319754 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Program may level housing sale odds</u>, bearing the Registration Number TX0007151822 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Protesters against transgendered, gay discrimination block Strip</u>, bearing the Registration Number TX0007313112 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Public employee pensions; We can't afford them</u>, bearing the Registration Number TX0007324377 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Pulver again hints at retirement after loss</u>, bearing the Registration Number TX0007157071 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Radical commitment means closing all escape hatches</u>, bearing the Registration Number

TX0007455345 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled RAVENS 80-116. You know what that is? 01-09-11, bearing the Registration Number TX0007379967 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Ravens If you haven't heard it by now 11-11-10, bearing the Registration Number TX0007422949 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Ravens These two very good teams meet 11-11-10., bearing the Registration Number TX0007420832 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Rebels aim to fatten up on patsies, including Colorado State, bearing the Registration Number TX0007138068 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Reid addresses Hispanic issues, bearing the Registration Number TX0007258358 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Reid criticizes GOP for delaying nominees for intelligence posts, bearing the Registration Number TX0007138830 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Reid machine dwarfs Angle</u>, bearing the Registration Number TX0007181485 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Reid takes no stand on Arizona lawsuit</u>, bearing the Registration Number TX0007310721 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Reid touts third clean energy summit</u>, bearing the Registration Number TX0007313109 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Righthaven Philosophy</u>, bearing the Registration Number TX0007324368 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Rockets 11-10-10.</u>, bearing the Registration Number TX0007420824 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>ROCKETS (plus the points and money-line) 7-0 That's the Rockets' record 01-21-11</u>, bearing the Registration Number TX0007379969 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Rumor: Wynn</u>

secures producer for nuptials., bearing the Registration Number TX0007392749 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Sales down but not as much, bearing the Registration Number TX0007139274 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Sarah Palin may happen in Vegas, bearing the Registration Number TX0007145881 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Saxe adds theater at Miracle Mile Shops, bearing the Registration Number TX0007272489 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Sharp money avoids Saints., bearing the Registration Number TX0007138825 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Sharps, Aztecs no match for Uconn star Walker., bearing the Registration Number TX0007392729 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Shelter's smiles are few., bearing the Registration Number TX0007381133 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC

retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Shuttered since 2006, Lady Luck showing new life in downtown. LV Planning Commission to discuss proposal, bearing the Registration Number TX0007310720 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Shutting down the Ritz., bearing the Registration Number TX0007138816 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Silver State Credit Union to close branches., bearing the Registration Number TX0007182398 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Slain store clerk, 77, mourned., bearing the Registration Number TX0007168815 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Slaying of Army veteran shocks friends. Man shot by police was West Point grad., bearing the Registration Number TX0007319858 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Smart team, talent add up to smart play, bearing the Registration Number TX0007161330 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Soda pop tax</u>, bearing the Registration Number TX0007272439 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Somehow, patting down disabled, elderly improves security</u>, bearing the Registration Number TX0007324389 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Somers Furniture fills backyards with color</u>, bearing the Registration Number TX0007164458 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Southwest Airlines hustles to reduce turnaround times</u>, bearing the Registration Number TX0007324703 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Square foot gardening makes growing veggies easier</u>, bearing the Registration Number TX0007321206 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Standford Cardinal</u>, bearing the Registration Number TX0007422957 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>State of the State address: Gibbons to draw bottom line. Speech will suggest how to cut spending $881.4</u>

million, bearing the Registration Number TX0007122473 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Suns Absolutely ridiculous pointspread 11-17-10, bearing the Registration Number TX0007422954 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Super Bowl bettors put faith, cash in Colts' corner, bearing the Registration Number TX0007138064 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Survey says show prices down, bearing the Registration Number TX0007145873 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled 'Survivor' star has new table game in play., bearing the Registration Number TX0007392740 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Tarkanian ad smacks Reid on immigration reform 'bailout.' GOP hopefuls talking tough on issue as primary nears., bearing the Registration Number TX0007178721 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Tea Party power fuels Angle., bearing the Registration Number TX0007171977 in the U.S. Copyright

Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Telcom groups run out of cash</u>, bearing the Registration Number TX0007177994 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Temple How can a team 11-16-10</u>, bearing the Registration Number TX0007422956 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>TENNESSEE How do you lay points 01-05-11</u>, bearing the Registration Number TX0007379960 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Thinking -- it only hurts a little</u>, bearing the Registration Number TX0007324354 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Timberlake takes hands-on stance in annual event</u>, bearing the Registration Number TX0007324439 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>To insult idiots, call them 'politicians'</u>, bearing the Registration Number TX0007324361 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Tonight's top play</u> <u>01-15-11</u>, bearing the Registration Number TX0007379963 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>TROY TROJANS</u> <u>(be sure to buy the 1/2 point) --- Saturday's rather boring slate of football bowl games</u> <u>concludes this evening with the best value on the board. 12-18-10</u>, bearing the Registration Number TX0007378593 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>TSA Agent</u> <u>performs enhanced pat-downs</u>, bearing the Registration Number VA0001751279 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>TSA's mini 'Watch</u> <u>List'</u>, bearing the Registration Number TX0007173597 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Underdog bettors</u> <u>profit as Manning takes fall</u>, bearing the Registration Number TX0007125685 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Unfazed by</u> <u>numbers, analyst forecasts fewer foreclosures</u>, bearing the Registration Number TX0007164454 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>UNLV football</u>

aide accused in gun, wallet theft, bearing the Registration Number TX0007181472 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Unruly celebrities get zero tolerance, bearing the Registration Number TX0007321242 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled UTAH The pointspread took a big plunge on Tuesday 12-22-10, bearing the Registration Number TX0007379958 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Utility argues for digital meters, bearing the Registration Number TX0007161063 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Vdara death-ray, bearing the Registration Number VA0001750189 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Vdara visitor says 'death ray' scorched hair. Chicago lawyer says bag also melted, bearing the Registration Number TX0007321246 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Vegas Gets Its Dew, bearing the Registration Number TX0007324395 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC

retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Vegas stints can help, haunt</u>, bearing the Registration Number TX0007313230 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Veteran of war with the truth</u>, bearing the Registration Number TX0007324418 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Veteran shares message of resilience</u>, bearing the Registration Number TX0007392755 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Walgreens to add booze to local wares. Analyst doubts decision will affect rivals.</u>, bearing the Registration Number TX0007190973 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Wall, Wildcats live up to star billing</u>, bearing the Registration Number TX0007328953 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Warden, other employees resign from prison in escape fallout</u>, bearing the Registration Number TX0007319845 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Washington will</u>

take care of you, bearing the Registration Number TX0007168835 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Water report called alarmist, bearing the Registration Number TX0007381117 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Water Wars, bearing the Registration Number TX0007138066 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Weather for the birds, bearing the Registration Number TX0007381139 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Week in Review: Top News, bearing the Registration Number TX0007324363 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Welcome back, Mr. President. Your economic policies suck, bearing the Registration Number TX0007182390 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled While fun to root for, Cinderellas not always smart bets, bearing the Registration Number TX0007161338 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven

LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Wife's health eases tension on Guerrero</u>, bearing the Registration Number TX0007392751 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Willis' high output nets lofty praise.</u>, bearing the Registration Number TX0007130511 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Wind power project's impact on bats studied. Plan to place windmill installation near migratory path scrutinized</u>, bearing the Registration Number TX0007313218 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Wise wagerers quickly back Colts</u>, bearing the Registration Number TX0007122476 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>Women loses lawsuit, seeks better infection control in hospitals</u>, bearing the Registration Number TX0007162784 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled <u>XXXChurch.com strives to demonstrate Jesus' love overcomes any stigma</u>, bearing the Registration Number TX0007190316 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

Any and all rights held by Righthaven LLC in the work titled Yucca's nuclear fallout., bearing the Registration Number TX0007310695 in the U.S. Copyright Office, are assigned in full to Lara Pearson, as Receiver for Righthaven LLC, with Righthaven LLC retaining no rights in that work.

The Court requests that the U.S. Copyright Office acknowledge this assignment under 17 U.S.C. § 201(d)(1) by, upon request by any purchaser of the rights at auction, recording the assignment of the copyright registration for the above work(s) from Righthaven LLC to the purchaser at auction.

The remedies prescribed above shall be effective upon the Court signing this Order and entering it on the docket in this case.

IT IS SO ORDERED.

DATED:  March 13, 2012

_____
PHILIP M. PRO
United States District Judge