FILED

JUL 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIGHTHAVEN LLC,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>WAYNE HOEHN,<br><br>    Defendant - Appellee. | No. 11-16751<br><br>D.C. No. 2:11-cv-00050-PMP-RJJ<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

 The appellant's opposed motion to file the reply brief late is granted.

 The Clerk shall file the reply brief submitted on June 22, 2012.

GS  App. Comm. 07/09/12/Pro Mo