Marc J. Randazza (Nevada Bar No. 12265)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
jmd@Randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Defendant,
*Wayne Hoehn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE HOEHN, an individual,<br><br>Defendant. | Case No. 2:11-cv-00050<br><br>**DECLARATION OF J. MALCOLM DEVOY IN SUPPORT OF DEFENDANT'S RESPONSE TO OBJECTION OF NON-PARTY STEVEN A. GIBSON** |

**DECLARATION OF J. MALCOLM DEVOY IN SUPPORT OF DEFENDANT'S RESPONSE TO OBJECTION OF NON-PARTY STEVEN A. GIBSON**

I, J. MALCOLM DEVOY, having personal knowledge of the matters set forth herein and competent to testify about them if called to do so, state as follows:

1. I am an attorney duly licensed in the state of Nevada and employed by Randazza Legal Group, which is counsel to the Defendant in this action and its related appeals before the Ninth Circuit Court of Appeals.

2. A true and correct copy of the article "The Need for Speed: The Path to Statutory Damages in Copyright," which was authored by Steven A. Gibson and found online at , is attached hereto as Exhibit A.

3. A true and correct copy of excerpts of Righthaven LLC's ("Righthaven['s]") redacted operating agreement are attached as Exhibit B; this full document is a matter of public

record in several cases before this District including *Righthaven v. Pahrump Life*, Case No. 2:10-cv-01575, and *Righthaven v. DiBiase*, Case No. 2:10-cv-01343.

4. A true and correct copy of the Answer, Affirmative Defenses and Class Action Counterclaim filed in *Righthaven v. Buzzfeed, Incorporated et al*, Case No. 1:11-cv-00811 (D. Colo. May 6, 2011), is attached hereto as Exhibit C.

5. A true and correct copy of Minute Order entry # 138 in *Righthaven v. Democratic Underground LLC*, Case No. 2:10-cv-01356 (D. Nev. July 14, 2011) is attached hereto as Exhibit D.

6. A true and correct copy of the declaration of Kurt Opsahl and supporting exhibit of Righthaven's redacted bank account information, on file with this District in *DiBiase*, Case No. 2:10-cv-01343 (Doc. # 106-1) (D. Nev. Feb. 27, 2012), is attached hereto as Exhibit E.

7. A true and correct copy of the Complaint filed in *Legal Wings, Incorporated v. Righthaven*, Case No. 11-c-025129 before the Las Vegas Township Justice Court is attached hereto as Exhibit F.

8. A true and correct copy of the motion to withdraw filed by Dale Cendali of Kirkland & Ellis LLP in *Pahrump Life*, Case No. 2:10-cv-01575 (Doc. # 78) (D. Nev. Mar. 21, 2012), is attached hereto as Exhibit G.

9. A true and correct copy of the motion to withdraw filed by Edward Fenno in *Righthaven v. Eiser*, Case No. 2:10-cv-03075 (Doc. # 43) (D.S.C. May 7, 2011) is attached hereto as Exhibit H.

10. A true and correct copy of the motion to withdraw filed by Edward Bertele in *Eiser*, Case No. 2:10-cv-03075 (Doc. # 90) (D.S.C. Dec. 19, 2011) is attached hereto as Exhibit I.

11. A true and correct copy of the money judgment entered against Righthaven in *Righthaven v. Wolf*, Case No. 1:11-cv-00830 (Doc. # 66) (D. Colo. Nov. 10, 2011) is attached hereto as Exhibit J.

12. A true and correct copy of the money judgment entered against Righthaven in *DiBiase*, Case No. 2:11-cv-01343 (Doc. # 97) (D. Nev. Nov. 2, 2011) is attached hereto as Exhibit K.

13. A true and correct copy of the money judgment entered against Righthaven in *Democratic Underground*, Case No. 2:11-cv-01356 (Doc. # 202) (D. Nev. June 14, 2012) is attached hereto as Exhibit L.

14. A true and correct copy of Defendant Thomas DiBiase's motion for an order to show cause regarding Righthaven's contempt for non-compliance with court orders, filed in *DiBiase*, Case No. 2:10-cv-01343 (Doc. # 106) (D. Nev. Feb. 27, 2012), is attached hereto as Exhibit M.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of July, 2012 in Las Vegas, Nevada

/s/ J. Malcolm DeVoy

J. Malcolm DeVoy