Lara Pearson (Nev. Bar No. 7132)
Lara@Rimonlaw.com
RIMON, P.C.
PMB 405, 774 Mays Blvd. # 10
Incline Village, NV 89451
tel.:    775-833-1600
fax:    888-842-4492
rimonlaw.com

Receiver for Righthaven, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| RIGHTHAVEN, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> WAYNE HOEHN, an individual, <br><br> Defendant. | Case No. 2:11-cv-00050 <br><br> **DECLARATION OF LARA PEARSON** |
|---|---|

### DECLARATION OF LARA PEARSON

I, Lara Pearson, hereby declare as follows under the penalty of perjury:

1. My name is Lara Pearson. I am a duly licensed attorney in Nevada and a member of the Nevada bar in good standing. This Declaration is made in support of my Response to the OBJECTION to Report and Recommendation filed by Interested Party Steven A Gibson. If asked to testify, I could testify competently to the matters set forth herein.

2. I was appointed as the Receiver in this case on December 11, 2012 (Doc # 66).

3. Prior to my appointment, Mr. Shawn Mangano was retained as counsel by Righthaven.

4. At no time have I terminated the services of Shawn Mangano as Righthaven's

counsel.

    5. Mr. Mangano contacted me as recently as June 26, 2012 and confirmed that he has not withdrawn as counsel in this case, nor has he been terminated as counsel in this case.

Subscribed and sworn to on the 7th day of July, 2012 in Incline Village, Nevada.

By:_____
Lara Pearson

- 2 -