UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RIGHTHAVEN, LLC,

       Plaintiff,

v.

WAYNE HOEHN,

       Defendant.

2:11-CV-00050-PMP-RJJ

O R D E R

IT IS ORDERED that the Court will hold a hearing on the Receiver's Report to Court (Doc. #92) and Non-Party Steven A. Gibson's Objection to Receiver's Notification Terminating Righthaven LLC's Chief Executive Officer (Doc. #93) on Tuesday, October 9, 2012 at 4:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: July 2, 2012

                                              PHILIP M. PRO
                                              United States District Judge