UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WAYNE HOEHN, an individual,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00050<br><br>**DECLARATION OF RYAN HAMILTON IN SUPPORT OF DEFENDANT'S MOTION FOR SUBSTITUTION OF RECEIVER AND CLARIFICATION OF ORDER APPOINTING RECEIVER (ECF 66)** |

**DECLARATION OF RYAN HAMILTON**

I, RYAN HAMILTON, having personal knowledge of the following and being competent to testify about the matters contained herein if called to do so at trial, state as follows:

1.    I am an attorney duly licensed in the state of Nevada and admitted to practice before the United States District Court for the District of Nevada.

2.    My Bankruptcy practice focuses on representing consumer debtors in Chapter 7 liquidations and Chapter 13 reorganizations. In addition, I represent debtors in adversary proceedings where a creditor seeks to except a debt from the debtor's discharge.

3.    If appointed as receiver, I would have the requisite knowledge and experience to discharge those duties under Nevada law and District of Nevada Local Rule 66, and all of its sub-parts.

4. In my practice, I have worked opposite of Bankruptcy trustees in a variety of contexts. I assist all clients with "exemption planning." That is, I help clients understand and make decisions about what property transfers and business transactions the Bankruptcy trustees could assert control over and pull into the Bankruptcy estate. Thus, my practice requires me to look at each case from a Bankruptcy trustee's point-of-view.

5. Furthermore, I will manage Righthaven's copyright assets in a manner consistent with Title Seventeen of the United States Code and the law of this Circuit. This will include either taking possession of these rights or ordering Ms. Pearson to distribute them in order to maintain a clear chain of title.

6. I am enthusiastic about the prospect of working as a receiver to further hone my skills as a bankruptcy practitioner and litigator.

7. As I am not an intellectual property litigator, my knowledge of Righthaven comes primarily from the mainstream news.

8. I have not appeared as counsel of record in any lawsuit to which Righthaven was a party.

9. If appointed as receiver, I would be able to remain neutral and disinterested in any dispute Mr. Hoehn and any other defendant has with Righthaven.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of September, 2012 in Las Vegas, Nevada.

                         /s/ Ryan Hamilton
                         Ryan Hamilton