2:11cv50 PMP-RJJ

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Shawn A. Mangano, Esq.
Street, Apt. No.; or PO Box No.: 8367 W. Flamingo Rd., Suite 100
City, State, ZIP+4: Las Vegas, NV 89147
2:11cv50 PMP-RJJ #109

PS Form 3800, June 2002     See Reverse for Instructions