UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RIGHTHAVEN, LLC,

        Plaintiff,

v.

WAYNE HOEHN,

        Defendant.

2:11-CV-00050-PMP-RJJ

O R D E R

      IT IS ORDERED that the Court's Order (Doc. #115) is hereby VACATED.

      IT IS FURTHER ORDERED that attorneys Shawn Mangano and Michael Mushkin shall appear at the hearing previously set for October 31, 2012 at 3:00 p.m. in Courtroom 7C before the undersigned.

DATED: October 30, 2012

                                    PHILIP M. PRO
                                    United States District Judge