RYAN A. HAMILTON, ESQ.
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamiltonlawlasvegas.com

*Receiver for Righthaven, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>      vs.<br><br>WAYNE HOEHN, an individual,<br><br>                Defendant. | Case No. 2:11-cv-00050<br><br>**RECEIVER REPORT PER LOCAL RULE 66-4(b)** |

Pursuant to Local Rule 66-4(b), Ryan A. Hamilton as Receiver for Plaintiff Righthaven, LLC, files the following Report.

1.     On October 9, 2012, the Court entered an Order substituting the undersigned as Receiver for Righthaven, LLC, in place of Lara Pearson. (Dkt # 109).

2.     At hearing on October 31, 2012, the Court clarified the scope of the Receivership. The Receiver's powers are limited to disposing of assets to satisfy Defendant's judgment, not to take any action with respect to Plaintiff's appeal.

3.     **Summary of the Operations of the Receiver**. Since being substituted as Receiver, the undersigned has been involved in negotiations to sell Righthaven's intellectual property to a purchaser. Negotiations have been productive and the deal is expected to close before the end of 2012. Once the deal closes, Receiver will begin administration of the Receivership estate.

4.     **An Inventory of the Receivership's Assets and Their Appraised Value**.  The Receivership's Assets consist of the intellectual property rights obtained from Righthaven, LLC. The former Receiver attempted to auction the Receivership's assets, but received no bids nor interest in purchasing the assets.  Consequently, the value that the current prospective purchaser has indicated it would pay for the assets appears to be the best indicator of the assets' market value.  (The parties to the negotiations have asked that the terms of the deal not be made public until the deal is finalized.)

5.     **A Schedule of the Receiver's Receipts and Disbursements**.  As the Receiver has not sold any of the Receivership's Assets yet, there are no receipts to report at this time.  Likewise, the Receiver has not made any disbursements to date.  Once the Receiver sells the Receivership's assets, the Receiver will administer the Receivership Estate and disburse assets in accordance with LR 66-10.

6.     **List of All Known Creditors, Addresses, and Amounts of Their Claims**.

**(1)** Defendant Wayne Hoehn, c/o James DeVoy, IV and Marc Randazza, Randazza Legal Group, 6525 W. Warm Springs Rd., Ste. 100, Las Vegas, Nevada 89118; Defendant Judgment-Creditor claims legal fees from the Receivership in excess of $120,000.00; **(2)** Stephen Gibson, Righthaven CEO, c/o Michael Mushkin; 4475 South Pecos Road, Las Vegas, Nevada 89121; Mr. Gibson claims attorneys' fees he fronted Righthaven, LLC, and for which he has not been repaid – as of this writing the Receiver has not obtained the amount of this claim.

7.     **Receiver's Recommendations for Continuation or Discontinuation of Receivership**. At this time the Receiver recommends continuation because the purpose of the Receivership – marshalling and selling Plaintiff's assets for the benefit of Defendant Judgment-Creditor – has not been accomplished.  Once the Receivership's assets have been sold and the proceeds of that sale have been administered, discontinuation of the Receivership at that time would be appropriate.

8.     **Hearing On This Report.**  LR 66-4 provides for a hearing on the Receiver's Report to be heard on 14 days' notice to all parties and known creditors of the Receivership Estate.  As this

Report is unlikely to lead to disputed issues among the parties and creditors, the Receiver suggests holding a telephonic hearing to conserve parties' and the Court's resources.

DATED this 7th day of December 2012.

Respectfully submitted,

/s/ Ryan A. Hamilton
Ryan A. Hamilton

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of court using the CM/ECF system, which will deliver electronic notice thereof to all counsel. Copies of the foregoing also will be mailed to the following via first class U.S. mail:

James DeVoy, IV
Marc Randazza
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, Nevada 89118

Michael R. Mushkin
Michael R. Mushkin & Associates
4475 South Pecos Road
Las Vegas, Nevada 89121

/s/ Ryan A. Hamilton
Ryan A. Hamilton