UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RIGHTHAVEN LLC,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>WAYNE HOEHN,<br><br>　　　　Defendant - Appellee. | No. 11-16751<br><br>D.C. No. 2:11-cv-00050-PMP-RJJ<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |
| RIGHTHAVEN LLC,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>THOMAS A. DIBASE,<br><br>　　　　Defendant - Appellee. | No. 11-16776<br><br>D.C. No. 2:10-cv-01343-RLH-PAL<br>U.S. District Court for Nevada, Las Vegas |

　　The judgment of this Court, entered May 09, 2013, takes effect this date.

　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　Costs are taxed against the appellant in the amount of $62.96 for appellee Wayne Hoehn.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk