UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RIGHTHAVEN, LLC, | ) | |
| Plaintiff, | ) | 2:11-CV-00050-PMP-RJJ |
| v. | ) | |
| WAYNE HOEHN, | ) | O R D E R |
| Defendant. | ) | |

Having read and considered the Receiver's March 15, 2013 Report (Doc. #120) and the Receiver's proposed distribution of the Receivership's assets, and having received no opposition thereto, the Court finds that the Receiver's proposed distributions are appropriate and consistent with the Receivership's purpose. Accordingly, the Court hereby APPROVES the Receiver's distribution of assets as set forth in the March 15, 2013 Report.

IT IS THEREFORE ORDERED the Receiver is authorized, and shall make, the following distributions within ten days of this Order:

$8,000 to Ryan A. Hamilton as Receiver;

$3,600 to Lara Pearson for the administrative expense of her prior service as Receiver;

$55,000 to Randazza Legal Group for its administrative expenses in this matter; and

$18,400 to Wayne Hoehn, Judgment Creditor.

DATED: June 6, 2013

_____
PHILIP M. PRO
United States District Judge