UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RIGHTHAVEN LLC,

          Plaintiff-Appellant,

vs.

WAYNE HOEHN,

          Defendant-Appellee.

District No.  2:11-cv-00050-PMP-RJJ

U.S.C.A. No.  11-16751

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 06-03-2013, issued its judgment AFFIRMING in part, and VACATING in part the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED _____

_____

_____.

Dated this 18th day of June, 2013.

_____
Philip M. Pro
United States District Judge